Query    Reports    Utilities    Help    What's New    Log Out

CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:18-cv-12084-VSB-KHP

Plaut v. The Goldman Sachs Group, Inc. et al
Assigned to: Judge Vernon S. Broderick
Referred to: Magistrate Judge Katharine H. Parker
Related Case: 1:19-cv-01562-VSB
Cause: 15:78j(b)ss Stockholder Suit

Date Filed: 12/20/2018
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Lead Plaintiff**

**Sjunde AP-Fonden**

represented by **Gerald H. Silk**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
212 554 1282
Fax: 212-554-1444
Email: jerry@blbglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Salvatore Jo Graziano**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
212-554-1400
Fax: 212-554-1444
Email: sgraziano@blbglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew L Zivitz**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610)-667-7706
Fax: (610)-667-7056
Email: azivitz@ktmc.com
*ATTORNEY TO BE NOTICED*

**David Bocian**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(484)-270-1418

Email: dbocian@ktmc.com
*ATTORNEY TO BE NOTICED*

**Eric Gerard**
Kessler Topaz Meltzer Check LLP
280 King of Prussia Rd.
Radnor, PA 19087
484-654-2884
Email: egerard@ktmc.com
*TERMINATED: 07/20/2023*

**James Michael Fee**
Labaton Keller Sucharow LLP
140 Broadway
10005
New York City, NY 10020
212-907-0700
Email: jfee@labaton.com
*TERMINATED: 04/11/2022*

**Jamie M. McCall**
Kessler Topaz Meltzer Check LLP
280 King of Prussia Road
Radnor, PA 19087
610-421-1535
Email: jmccall@ktmc.com
*ATTORNEY TO BE NOTICED*

**Johnston de Forest Whitman , Jr**
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
Email: jwhitman@ktmc.com
*ATTORNEY TO BE NOTICED*

**Joshua A Materese**
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087
(610)-667-7706
Email: jmaterese@ktmc.com
*ATTORNEY TO BE NOTICED*

**Matthew Leo Mustokoff**
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
Email: mmustokoff@ktmc.com
*ATTORNEY TO BE NOTICED*

**Nathan Hasiuk**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610)-667-7706
Email: nhasiuk@ktmc.com
*ATTORNEY TO BE NOTICED*

**Nathaniel Cody Simon**
Kessler Topaz Meltzer Check LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Email: nsimon@ktmc.com
*ATTORNEY TO BE NOTICED*

**Stuart L. Berman**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Fax: 610-667-7056
Email: sberman@ktmc.com
*ATTORNEY TO BE NOTICED*

**Vanessa Milan**
Kessler Topaz Meltzer Check LLP
280 King of Prussia Rd.
Radnor, PA 19087
484-632-9330
Email: vmilan@ktmc.com
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Sjunde AP-Fonden**
*individually and on behalf of all others
similarly situated*

represented by
**Brendan Walden**
Bernstein Litowitz Berger & Grossmann
LLP
1251 6th Ave
New York, NY 10020
212-554-1400
Email: brendan.walden@blbglaw.com
*ATTORNEY TO BE NOTICED*

**David Bocian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Gerard**
(See above for address)
*TERMINATED: 07/20/2023*

**Joshua A Materese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret E. Mazzeo**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
Email: mmazzeo@ktmc.com
*ATTORNEY TO BE NOTICED*

**Nathan Hasiuk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathaniel Cody Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ellen Boon**
Bernstein Litowitz Berger & Grossmann
LLP
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
212-554-1594
Fax: 212-554-1444
Email: rebecca.boon@blbglaw.com
*ATTORNEY TO BE NOTICED*

**Vanessa Milan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L Zivitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Plaut**
*Individually and on behalf of all others
similarly situated*

represented by
**Joseph Alexander Hood , II**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
(212)-661-1100
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212)-661-1100
Fax: (212)-661-8665
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Zuheir R. Safe**                          represented by   **Eduard Korsinsky**
Levi & Korsinsky LLP
33 Whitehall Street
27th Floor
New York, NY 10004
212-363-7500
Fax: 212-363-7171
Email: ek@zlk.com
*ATTORNEY TO BE NOTICED*

**Movant**

**IWA Forest Industry Pension Plan**        represented by   **Frederic Scott Fox , Sr**
Kaplan Fox & Kilsheimer LLP
800 Third Avenue
38th Floor
New York, NY 10022
212-687-1980
Email: ffox@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Nebraksa Investment Council**             represented by   **Christopher J. Keller**
Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005-1108
212-907-0853
Fax: 212-818-0477
Email: ckeller@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0878
Fax: 212-818-0477
Email: ebelfi@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis Paul McConville**
Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005-1108
212-907-0650
Fax: 212-818-0477
Email: fmcconville@labaton.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Meitav Dash Provident Funds and
Pension Ltd.**

represented by **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Goldman Sachs Group, Inc.**

represented by **Audra Jan Soloway**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
212-373-3289
Fax: 212-492-0289
Email: asoloway@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel John Toal**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3869
Fax: (212)-492-0869
Email: dtoal@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Frederick Laufer**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3000
Fax: (212)-492-0441
Email: glaufer@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Y Sperling**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: rsperling@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Y. Sperling**

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: rsperling@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Staci Lynn Yablon**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: syablon@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Robert Walker**
Sullivan & Cromwell, LLP (NYC)
125 Broad Street
New York, NY 10004
212-558-7393
Email: walkerb@sullcrom.com
*TERMINATED: 09/14/2020*

**Cristina Isabel Calvar**
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212)-294-5331
Fax: (212)-294-4700
Email: ccalvar@winston.com
*TERMINATED: 09/07/2022*

**David Maxwell Rein**
Sullivan & Cromwell LLP
125 Broad St.
New York, NY 10004
212-558-4629
Fax: (212)-558-3588
Email: reind@sullcrom.com
*TERMINATED: 09/14/2020*

**George Eric Mastoris**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-4623
Email: gmastoris@winston.com
*TERMINATED: 09/07/2022*

**John Erik Schreiber**

Winston & Strawn LLP (CA)
333 S. Grand Avenue
Los Angeles, CA 90071
(213)-615-1700
Fax: (213)-615-1750
Email: jschreiber@winston.com
*TERMINATED: 09/07/2022*

**Linda T. Coberly**
Winston & Strawn LLP (IL)
35 West Wacker Drive
Chicago, IL 60601
(312)-558-8768
Fax: (312)-558-5700
Email: lcoberly@winston.com
*TERMINATED: 09/07/2022*

**Matthew Alexander Schwartz**
Sullivan & Cromwell, LLP (NYC)
125 Broad Street
New York, NY 10004
212-558-4000
Email: schwartzmatthew@sullcrom.com
*TERMINATED: 09/14/2020*

**Robert Joseph O'Loughlin , III**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP (NYC)
1285 Avenue of the Americas
New York, NY 10019
212-373-3343
Fax: 212-492-0343
Email: roloughlin@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Seth C. Farber**
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
212-294-4611
Email: sfarber@winston.com
*TERMINATED: 09/07/2022*

**Sharon L. Nelles**
Sullivan & Cromwell, LLP (NYC)
125 Broad Street
New York, NY 10004
(212)-558-4976
Fax: (212)-3338
Email: nelless@sullcrom.com
*TERMINATED: 09/14/2020*

**Stephen Hendrix Oliver Clarke**
Sullivan & Cromwell, LLP (NYC)

125 Broad Street
New York, NY 10004
(212)-558-3453
Fax: (212)-558-4064
Email: clarkest@sullcrom.com
*TERMINATED: 09/14/2020*

**Defendant**

**Lloyd C. Blankfein**                     represented by **Andrew James Ehrlich**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3166
Fax: 212.373-0166
Email: aehrlich@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brad Scott Karp**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
212-373-2384
Fax: 212-373-2384
Email: bkarp@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Robert Walker**
(See above for address)
*TERMINATED: 09/14/2020*

**Bethany Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: brobinson@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Brady M. Sullivan**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212-728-8949
Email: bsullivan@willkie.com
*TERMINATED: 05/20/2022*

**Briana Sheridan**
Katsky Korins LP
605 3rd Avenue
Suite 16
New York, NY 10158

212-953-6000
Email: bsheridan@katskykorins.com
*TERMINATED: 10/27/2023*

**Daniel Shiah Sinnreich**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of The Americas
New York, NY 10019
212-373-3000
Email: dsinnreich@paulweiss.com
*TERMINATED: 10/12/2023*

**David Maxwell Rein**
(See above for address)
*TERMINATED: 09/14/2020*

**George Eric Mastoris**
(See above for address)
*TERMINATED: 09/01/2021*

**Kristina Anne Bunting**
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NYC)
1285 Avenue of the Americas
New York, NY 10019
(212) 373 3503
Fax: (212) 492 0503
Email: kbunting@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Linda T. Coberly**
(See above for address)
*TERMINATED: 09/01/2021*

**Matthew Alexander Schwartz**
(See above for address)
*TERMINATED: 09/14/2020*

**Robert Y. Sperling**
(See above for address)
*TERMINATED: 09/01/2021*

**Seth C. Farber**
(See above for address)
*TERMINATED: 09/01/2021*

**Sharon L. Nelles**
(See above for address)
*TERMINATED: 09/14/2020*

**Stephen Hendrix Oliver Clarke**
(See above for address)
*TERMINATED: 09/14/2020*

**Defendant**

**Harvey M. Schwartz**
*TERMINATED: 06/28/2021*

represented by **Benjamin Robert Walker**
(See above for address)
*TERMINATED: 09/14/2020*

**David Maxwell Rein**
(See above for address)
*TERMINATED: 09/14/2020*

**George Eric Mastoris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda T. Coberly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Alexander Schwartz**
(See above for address)
*TERMINATED: 09/14/2020*

**Robert Y. Sperling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth C. Farber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon L. Nelles**
(See above for address)
*TERMINATED: 09/14/2020*

**Stephen Hendrix Oliver Clarke**
(See above for address)
*TERMINATED: 09/14/2020*

**Defendant**

**R. Martin Chavez**

represented by **R. Martin Chavez**
PRO SE

**Benjamin Robert Walker**
(See above for address)
*TERMINATED: 09/14/2020*

**David Maxwell Rein**
(See above for address)
*TERMINATED: 09/14/2020*

**Matthew Alexander Schwartz**
(See above for address)
*TERMINATED: 09/14/2020*

**Sharon L. Nelles**
(See above for address)
*TERMINATED: 09/14/2020*

**Stephen Hendrix Oliver Clarke**
(See above for address)
*TERMINATED: 09/14/2020*

**Defendant**

**Gary D. Cohn**                    represented by **Scott Alexander Edelman**
Milbank LLP
55 Hudson Yards
New York City, NY 10001-2163
212-530-5000
Fax: 212-530-5219
Email: sedelman@milbank.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Robert Walker**
(See above for address)
*TERMINATED: 09/14/2020*

**David Maxwell Rein**
(See above for address)
*TERMINATED: 09/14/2020*

**George Eric Mastoris**
(See above for address)
*TERMINATED: 09/01/2021*

**Grant Richard Mainland**
Milbank LLP
55 Hudson Yards
New York City, NY 10001
212-530-5251
Email: gmainland@milbank.com
*ATTORNEY TO BE NOTICED*

**Isabel Christophorou Pitaro**
Milbank LLP
55 Hudson Yards
New York, NY 10001
212-530-5136
Email: ipitaro@milbank.com
*TERMINATED: 06/30/2023*

**Joseph DaSilva**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: jdasilva@paulweiss.com

*TERMINATED: 09/28/2023*

**Kayla Giampaolo**
Milbank LLP
55 Hudson Yards
New York City, NY 10001
212-530-5217
Email: kgiampaolo@milbank.com
*ATTORNEY TO BE NOTICED*

**Kingdar Prussien**
DOJ-USAO
50 Main Street
White Plains, NY 10606
914-993-1927
Email: kingdar.prussien@usdoj.gov
*TERMINATED: 04/13/2022*

**Linda T. Coberly**
(See above for address)
*TERMINATED: 09/01/2021*

**Matthew Alexander Schwartz**
(See above for address)
*TERMINATED: 09/14/2020*

**Robert Y. Sperling**
(See above for address)
*TERMINATED: 09/01/2021*

**Seth C. Farber**
(See above for address)
*TERMINATED: 09/01/2021*

**Sharon L. Nelles**
(See above for address)
*TERMINATED: 09/14/2020*

**Stephen Hendrix Oliver Clarke**
(See above for address)
*TERMINATED: 09/14/2020*

**Tess McLaughlin**
Milbank LLP
55 Hudson Yards
New York, NY 10001
212-530-5823
Email: tmclaughlin@bsk.com
*TERMINATED: 04/27/2022*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 12/20/2018 | 1 | COMPLAINT against Lloyd C. Blankfein, R. Martin Chavez, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Filing Fee $ 400.00, Receipt Number ANYSDC-16092618)Document filed by Daniel Plaut. (Attachments: # 1 Certification, # 2 Schedule A)(Lieberman, Jeremy) (Entered: 12/20/2018) |
|---|---|---|
| 12/20/2018 | 2 | CIVIL COVER SHEET filed. (Lieberman, Jeremy) (Entered: 12/20/2018) |
| 12/20/2018 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to The Goldman Sachs Group, Inc., Lloyd C. Blankfein, Harvey M. Schwartz, and R. Martin Chavez, re: 1 Complaint,. Document filed by Daniel Plaut. (Lieberman, Jeremy) (Entered: 12/20/2018) |
| 12/20/2018 | 4 | NOTICE OF APPEARANCE by Joseph Alexander Hood, II on behalf of Daniel Plaut. (Hood, Joseph) (Entered: 12/20/2018) |
| 12/20/2018 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Daniel Plaut.(Hood, Joseph) (Entered: 12/20/2018) |
| 12/21/2018 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Jeremy Alan Lieberman. The party information for the following party/parties has been modified: Daniel Plaut. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (sj) (Entered: 12/21/2018) |
| 12/21/2018 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Vernon S. Broderick. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (sj) (Entered: 12/21/2018) |
| 12/21/2018 | | Magistrate Judge Katharine H. Parker is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (sj) (Entered: 12/21/2018) |
| 12/21/2018 | | Case Designated ECF. (sj) (Entered: 12/21/2018) |
| 12/21/2018 | 6 | ELECTRONIC SUMMONS ISSUED as to Lloyd C. Blankfein, R. Martin Chavez, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (sj) (Entered: 12/21/2018) |
| 01/07/2019 | 7 | PROPOSED STIPULATION AND ORDER. Document filed by Daniel Plaut. (Lieberman, Jeremy) (Entered: 01/07/2019) |
| 01/08/2019 | 8 | STIPULATION AND ORDER: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows: The undersigned counsel hereby accepts service of the Complaint in this action on behalf of all Defendants. The time for lead plaintiff(s) to file an amended complaint shall be extended through and including sixty (60) days after entry of an order appointing lead plaintiff(s) and approving counsel for lead plaintiff(s) in this action. The time for any Defendant to answer, move to dismiss or otherwise respond to the Complaint in this action is extended through and including sixty (60) days after the service and filing of an amended complaint in this action. The time for Plaintiffs' opposition to any motion to dismiss filed by Defendants shall be sixty (60) days after the service and filing of such motion to dismiss. The time for Defendants' reply in support of any motion to dismiss shall be forty-five (45) days after the service and filing of Plaintiffs' opposition. And as |

| | | |
|---|---|---|
| | | set forth herein. SO ORDERED. (Signed by Judge Vernon S. Broderick on 1/08/2019) (ama) (Entered: 01/08/2019) |
| 01/11/2019 | 9 | NOTICE OF APPEARANCE by Sharon L. Nelles on behalf of Lloyd C. Blankfein, R. Martin Chavez, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Nelles, Sharon) (Entered: 01/11/2019) |
| 01/11/2019 | 10 | NOTICE OF APPEARANCE by David Maxwell Rein on behalf of Lloyd C. Blankfein, R. Martin Chavez, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Rein, David) (Entered: 01/11/2019) |
| 01/11/2019 | 11 | NOTICE OF APPEARANCE by Matthew Alexander Schwartz on behalf of Lloyd C. Blankfein, R. Martin Chavez, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Schwartz, Matthew) (Entered: 01/11/2019) |
| 01/11/2019 | 12 | NOTICE OF APPEARANCE by Benjamin Robert Walker on behalf of Lloyd C. Blankfein, R. Martin Chavez, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Walker, Benjamin) (Entered: 01/11/2019) |
| 01/11/2019 | 13 | NOTICE OF APPEARANCE by Stephen Hendrix Oliver Clarke on behalf of Lloyd C. Blankfein, R. Martin Chavez, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Clarke, Stephen) (Entered: 01/11/2019) |
| 01/11/2019 | 14 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Goldman Sachs Group, Inc..(Nelles, Sharon) (Entered: 01/11/2019) |
| 02/19/2019 | 15 | MOTION to Appoint Zuheir R. Safe to serve as lead plaintiff(s) ., MOTION to Appoint Counsel *Levi & Korsinsky, LLP*. Document filed by Zuheir R. Safe. (Attachments: # 1 Text of Proposed Order)(Korsinsky, Eduard) (Entered: 02/19/2019) |
| 02/19/2019 | 16 | MEMORANDUM OF LAW in Support re: 15 MOTION to Appoint Zuheir R. Safe to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP*. . Document filed by Zuheir R. Safe. (Korsinsky, Eduard) (Entered: 02/19/2019) |
| 02/19/2019 | 17 | DECLARATION of Eduard Korsinsky in Support re: 15 MOTION to Appoint Zuheir R. Safe to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP*.. Document filed by Zuheir R. Safe. (Attachments: # 1 Exhibit PSLRA Cert., # 2 Exhibit Loss Chart, # 3 Exhibit PSLRA Notice, # 4 Exhibit LK Firm Resume)(Korsinsky, Eduard) (Entered: 02/19/2019) |
| 02/19/2019 | 18 | MOTION to Appoint IWA Forest Industry Pension Plan to serve as lead plaintiff(s) *and approval of its selection of lead counsel*. Document filed by IWA Forest Industry Pension Plan. (Attachments: # 1 Text of Proposed Order)(Fox, Frederic) (Entered: 02/19/2019) |
| 02/19/2019 | 19 | MEMORANDUM OF LAW in Support re: 18 MOTION to Appoint IWA Forest Industry Pension Plan to serve as lead plaintiff(s) *and approval of its selection of lead counsel*. . Document filed by IWA Forest Industry Pension Plan. (Fox, Frederic) (Entered: 02/19/2019) |
| 02/19/2019 | 20 | DECLARATION of FREDERIC S. FOX in Support re: 18 MOTION to Appoint IWA Forest Industry Pension Plan to serve as lead plaintiff(s) *and approval of its selection of lead counsel*.. Document filed by IWA Forest Industry Pension Plan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Fox, Frederic) (Entered: 02/19/2019) |
| 02/19/2019 | 21 | MOTION to Appoint Nebraska Investment Council to serve as lead plaintiff(s) *and for Approval of Selection of Lead Counsel*. Document filed by Nebraksa Investment Council. (Keller, Christopher) (Entered: 02/19/2019) |

| | | |
|---|---|---|
| 02/19/2019 | 22 | PROPOSED ORDER. Document filed by Nebraksa Investment Council. Related Document Number: 21. (Keller, Christopher) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/19/2019) |
| 02/19/2019 | 23 | MEMORANDUM OF LAW in Support re: 21 MOTION to Appoint Nebraska Investment Council to serve as lead plaintiff(s) *and for Approval of Selection of Lead Counsel.* . Document filed by Nebraksa Investment Council. (Keller, Christopher) (Entered: 02/19/2019) |
| 02/19/2019 | 24 | DECLARATION of Christopher J. Keller in Support re: 21 MOTION to Appoint Nebraska Investment Council to serve as lead plaintiff(s) *and for Approval of Selection of Lead Counsel.*. Document filed by Nebraksa Investment Council. (Attachments: # 1 Exhibit A - Certification, # 2 Exhibit B - Loss Analysis, # 3 Exhibit C - Notice, # 4 Exhibit D - Labaton Sucharow Firm Resume)(Keller, Christopher) (Entered: 02/19/2019) |
| 02/19/2019 | 25 | MOTION to Appoint Sjunde AP-Fonden to serve as lead plaintiff(s) . Document filed by Sjunde AP-Fonden.(Silk, Gerald) (Entered: 02/19/2019) |
| 02/19/2019 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION to Appoint Sjunde AP-Fonden to serve as lead plaintiff(s) . . Document filed by Sjunde AP-Fonden. (Silk, Gerald) (Entered: 02/19/2019) |
| 02/19/2019 | 27 | DECLARATION of Gerald H. Silk in Support re: 25 MOTION to Appoint Sjunde AP-Fonden to serve as lead plaintiff(s) .. Document filed by Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - Certification, # 2 Exhibit B - Loss Chart, # 3 Exhibit C - Notice of Pendency, # 4 Exhibit D - Kessler Topaz Resume, # 5 Exhibit E - Bernstein Litowitz Resume)(Silk, Gerald) (Entered: 02/19/2019) |
| 02/19/2019 | 28 | PROPOSED ORDER. Document filed by Sjunde AP-Fonden. Related Document Number: 25 . (Silk, Gerald) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/19/2019) |
| 02/19/2019 | 29 | MOTION to Appoint Meitav Dash Provident Funds and Pension Ltd. to serve as lead plaintiff(s) ., MOTION to Approve Counsel . Document filed by Meitav Dash Provident Funds and Pension Ltd.. (Attachments: # 1 Text of Proposed Order)(Lieberman, Jeremy) (Entered: 02/19/2019) |
| 02/19/2019 | 30 | MEMORANDUM OF LAW in Support re: 29 MOTION to Appoint Meitav Dash Provident Funds and Pension Ltd. to serve as lead plaintiff(s) . MOTION to Approve Counsel . . Document filed by Meitav Dash Provident Funds and Pension Ltd.. (Lieberman, Jeremy) (Entered: 02/19/2019) |
| 02/19/2019 | 31 | DECLARATION of Jeremy A. Lieberman in Support re: 29 MOTION to Appoint Meitav Dash Provident Funds and Pension Ltd. to serve as lead plaintiff(s) . MOTION to Approve Counsel .. Document filed by Meitav Dash Provident Funds and Pension Ltd.. (Attachments: # 1 Exhibit A - Press Release, # 2 Exhibit B - Certification, # 3 Exhibit C - Loss Chart, # 4 Exhibit D - Firm Resume)(Lieberman, Jeremy) (Entered: 02/19/2019) |
| 02/20/2019 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 28 Proposed Order was reviewed and approved as to form. (km)** (Entered: 02/20/2019) |
| 02/20/2019 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 28 Proposed Order was reviewed and approved as to form. (km)** (Entered: 02/20/2019) |
| 02/25/2019 | 32 | NOTICE OF APPEARANCE by Francis Paul McConville on behalf of Nebraksa Investment Council. (McConville, Francis) (Entered: 02/25/2019) |

| 02/25/2019 | [33](#) | NOTICE OF APPEARANCE by Eric James Belfi on behalf of Nebraksa Investment Council. (Belfi, Eric) (Entered: 02/25/2019) |
|---|---|---|
| 02/25/2019 | [34](#) | NOTICE OF APPEARANCE by Christopher J. Keller on behalf of Nebraksa Investment Council. (Keller, Christopher) (Entered: 02/25/2019) |
| 02/28/2019 | [35](#) | NOTICE of Non-Opposition to Competing Lead Plaintiff Motions re: [15](#) MOTION to Appoint Zuheir R. Safe to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP.*. Document filed by Zuheir R. Safe. (Korsinsky, Eduard) (Entered: 02/28/2019) |
| 03/05/2019 | [36](#) | NOTICE of Non-Opposition to Competing Motions for Lead Plaintiff. Document filed by IWA Forest Industry Pension Plan. (Fox, Frederic) (Entered: 03/05/2019) |
| 03/05/2019 | [37](#) | RESPONSE to Motion re: [18](#) MOTION to Appoint IWA Forest Industry Pension Plan to serve as lead plaintiff(s) *and approval of its selection of lead counsel*., [29](#) MOTION to Appoint Meitav Dash Provident Funds and Pension Ltd. to serve as lead plaintiff(s) . MOTION to Approve Counsel ., [25](#) MOTION to Appoint Sjunde AP-Fonden to serve as lead plaintiff(s) ., [15](#) MOTION to Appoint Zuheir R. Safe to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP. Nebraksa Investment Council's Response to Competing Motions for Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel*. Document filed by Nebraksa Investment Council. (Keller, Christopher) (Entered: 03/05/2019) |
| 03/05/2019 | [38](#) | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU (SEE [42](#) response in Opposition) -** REPLY MEMORANDUM OF LAW in Support re: [29](#) MOTION to Appoint Meitav Dash Provident Funds and Pension Ltd. to serve as lead plaintiff(s) . MOTION to Approve Counsel . . Document filed by Meitav Dash Provident Funds and Pension Ltd.. (Lieberman, Jeremy) Modified on 3/6/2019 (db). (Entered: 03/05/2019) |
| 03/05/2019 | [39](#) | DECLARATION of Jeremy A. Lieberman in Support re: [29](#) MOTION to Appoint Meitav Dash Provident Funds and Pension Ltd. to serve as lead plaintiff(s) . MOTION to Approve Counsel .. Document filed by Meitav Dash Provident Funds and Pension Ltd.. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B)(Lieberman, Jeremy) (Entered: 03/05/2019) |
| 03/05/2019 | [40](#) | MEMORANDUM OF LAW in Support re: [25](#) MOTION to Appoint Sjunde AP-Fonden to serve as lead plaintiff(s) . . Document filed by Sjunde AP-Fonden. (Silk, Gerald) (Entered: 03/05/2019) |
| 03/05/2019 | [41](#) | DECLARATION of Gerald H. Silk in Support re: [25](#) MOTION to Appoint Sjunde AP-Fonden to serve as lead plaintiff(s) .. Document filed by Sjunde AP-Fonden. (Attachments: # [1](#) Exhibit A - Declaration of Kenneth N. Kotz, # [2](#) Exhibit B - General Electric LP Order, # [3](#) Exhibit C - Form 13F filed February 15, 2018, # [4](#) Exhibit D - Form 13F filed May 15, 2018, # [5](#) Exhibit E - Form 13F filed August 14, 2018, # [6](#) Exhibit F - Form 13F filed November 14, 2018, # [7](#) Exhibit G - Form 13F filed February 13, 2019)(Silk, Gerald) (Entered: 03/05/2019) |
| 03/06/2019 | [42](#) | RESPONSE in Opposition to Motion re: [18](#) MOTION to Appoint IWA Forest Industry Pension Plan to serve as lead plaintiff(s) *and approval of its selection of lead counsel*., [25](#) MOTION to Appoint Sjunde AP-Fonden to serve as lead plaintiff(s) ., [21](#) MOTION to Appoint Nebraska Investment Council to serve as lead plaintiff(s) *and for Approval of Selection of Lead Counsel*., [15](#) MOTION to Appoint Zuheir R. Safe to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP. Memorandum of Law: (1) In Further Support of the Motion of Meitav Dash Provident Funds And Pension Ltd. For Appointment As Lead Plaintiff and Approval of Lead Counsel, and (2) In Opposition* |

| | | |
|---|---|---|
| | | *to Competing Motions*. Document filed by Meitav Dash Provident Funds and Pension Ltd.. (Lieberman, Jeremy) (Entered: 03/06/2019) |
| 03/11/2019 | 43 | AMENDED COMPLAINT amending 1 Complaint, against Lloyd C. Blankfein, R. Martin Chavez, Harvey M. Schwartz, The Goldman Sachs Group, Inc. with JURY DEMAND.Document filed by Daniel Plaut. Related document: 1 Complaint,.(Lieberman, Jeremy) Modified on 3/12/2019 (jgo). (Entered: 03/11/2019) |
| 03/12/2019 | 44 | REPLY MEMORANDOM OF LAW in Support re: 25 MOTION to Appoint Sjunde AP-Fonden to serve as lead plaintiff(s) . . Document filed by Sjunde AP-Fonden. (Silk, Gerald) (Entered: 03/12/2019) |
| 03/12/2019 | 45 | DECLARATION of Gerald H. Silk in Support re: 25 MOTION to Appoint Sjunde AP-Fonden to serve as lead plaintiff(s) .. Document filed by Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - GE LP Hearing Transcript, # 2 Exhibit B - GE LP Order, # 3 Exhibit C - JPMorgan LP Order, # 4 Exhibit D - Kotz Suppl. Decl., # 5 Exhibit E - Ocwen Class Cert Order, # 6 Exhibit F - GE Opposition Brief, # 7 Exhibit G - GE Mansson Decl., # 8 Exhibit H - Qualcomm LP Order, # 9 Exhibit I - Ocwen Settlement Order, # 10 Exhibit J - Cobalt Settlement Order, # 11 Exhibit K - Cobalt Settlement Order, # 12 Exhibit L - Cobalt Settlement Order, # 13 Exhibit M - AbbVie Kent Decl., # 14 Exhibit N - Frankel Article, # 15 Exhibit O - Intercept LP Order)(Silk, Gerald) (Entered: 03/12/2019) |
| 03/12/2019 | 46 | REPLY MEMORANDUM OF LAW in Support re: 29 MOTION to Appoint Meitav Dash Provident Funds and Pension Ltd. to serve as lead plaintiff(s) . MOTION to Approve Counsel . *Reply Memorandum of Law: (1) in Further Support of the Motion of Meitav Dash Provident Funds and Pension Ltd. for Appointment as Lead Plaintiff and Approval of Lead Counsel, and (2) in Opposition to Competing Motions.* Document filed by Meitav Dash Provident Funds and Pension Ltd.. (Lieberman, Jeremy) (Entered: 03/12/2019) |
| 03/12/2019 | 47 | DECLARATION of Jeremy A. Lieberman in Further Support of Motion of Meitav Dash Provident Funds and Pension Ltd. for Appointment as Lead Plaintiff and Approval of Lead Counsel, and in Opposition to Competing Motions. in Support re: 29 MOTION to Appoint Meitav Dash Provident Funds and Pension Ltd. to serve as lead plaintiff(s) . MOTION to Approve Counsel .. Document filed by Meitav Dash Provident Funds and Pension Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Lieberman, Jeremy) (Entered: 03/12/2019) |
| 03/22/2019 | 48 | LETTER addressed to Judge Vernon S. Broderick from Jeremy A. Lieberman dated March 22, 2019 Document filed by Meitav Dash Provident Funds and Pension Ltd.. (Attachments: # 1 Exhibit A)(Lieberman, Jeremy) (Entered: 03/22/2019) |
| 03/25/2019 | 49 | LETTER addressed to Judge Vernon S. Broderick from Gerald H. Silk dated March 25, 2019 re: response to the notice of supplemental authority dated March 22, 2019 [ECF No. 48]. Document filed by Sjunde AP-Fonden.(Silk, Gerald) (Entered: 03/25/2019) |
| 04/03/2019 | 50 | LETTER addressed to Judge Vernon S. Broderick from Jeremy A. Lieberman dated April 3, 2019 re: to notify the Court of supplemental authority relevant to Meitavs pending motion for appointment as Lead Plaintiff and approval of Lead Counsel and in opposition to competing motions. Document filed by Meitav Dash Provident Funds and Pension Ltd.. (Attachments: # 1 Exhibit A)(Lieberman, Jeremy) (Entered: 04/03/2019) |
| 04/05/2019 | 51 | LETTER addressed to Judge Vernon S. Broderick from Gerald H. Silk dated April 5, 2019 re: response to the notice of supplemental authority dated April 3, 2019 [ECF No. 50]. Document filed by Sjunde AP-Fonden.(Silk, Gerald) (Entered: 04/05/2019) |
| 06/14/2019 | 52 | LETTER addressed to Judge Vernon S. Broderick from Jeremy A. Lieberman dated June 14, 2019 re: to notify the Court of additional information relevant to Meitavs pending |

| | | |
|---|---|---|
| | | motion for appointment as Lead Plaintiff and approval of Lead Counsel. Document filed by Meitav Dash Provident Funds and Pension Ltd.. (Attachments: # 1 Exhibit A - Brief) (Lieberman, Jeremy) (Entered: 06/14/2019) |
| 06/17/2019 | 53 | LETTER addressed to Judge Vernon S. Broderick from Gerald H. Silk dated June 17, 2019 re: response to the notice of additional information dated June 14, 2019 [ECF No. 52]. Document filed by Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - Trevena Order) (Silk, Gerald) (Entered: 06/17/2019) |
| 06/24/2019 | 54 | LETTER addressed to Judge Vernon S. Broderick from Jeremy A. Lieberman dated June 24, 2019 Document filed by Meitav Dash Provident Funds and Pension Ltd.. (Attachments: # 1 Exhibit A)(Lieberman, Jeremy) (Entered: 06/24/2019) |
| 06/25/2019 | 55 | LETTER addressed to Judge Vernon S. Broderick from Gerald H. Silk dated June 25, 2019 re: response to the notice of supplemental authority dated June 24, 2019 [ECF No. 54]. Document filed by Sjunde AP-Fonden.(Silk, Gerald) (Entered: 06/25/2019) |
| 09/19/2019 | 56 | OPINION & ORDER re: 18 MOTION to Appoint IWA Forest Industry Pension Plan to serve as lead plaintiff(s) *and approval of its selection of lead counsel* filed by IWA Forest Industry Pension Plan, 29 MOTION to Appoint Meitav Dash Provident Funds and Pension Ltd. to serve as lead plaintiff(s) . MOTION to Approve Counsel filed by Meitav Dash Provident Funds and Pension Ltd., 25 MOTION to Appoint Sjunde AP-Fonden to serve as lead plaintiff(s) filed by Sjunde AP-Fonden, 21 MOTION to Appoint Nebraska Investment Council to serve as lead plaintiff(s) *and for Approval of Selection of Lead Counsel* filed by Nebraksa Investment Council, 15 MOTION to Appoint Zuheir R. Safe to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP* filed by Zuheir R. Safe. Because I find that AP7 is the presumptive lead plaintiff and no other movants have rebutted that presumption, AP7's motion for appointment as lead plaintiff and for approval of lead counsel and liaison counsel is GRANTED. AP7 has a substantial financial interest and meets the typicality and adequacy requirements of Rule 23. The remaining motions by Safe, IWA Forest, Nebraska, and Meitav for appointment as lead plaintiff are DENIED. The Clerk of Court is respectfully requested to terminate the pending motions at Documents 15, 18, 21, 25, and 29. AP7 is directed to file a second amended complaint no later than sixty (60) days after the date of issuance of this Opinion & Order. Defendants are directed to answer or otherwise respond to the second amended complaint no later than sixty (60) days after AP7 serves the second amended complaint. Any other deadlines previously agreed to among counsel and/or ordered by me are null and void. SO ORDERED. (Signed by Judge Vernon S. Broderick on 9/19/2019) (rro) (Entered: 09/19/2019) |
| 10/18/2019 | 57 | NOTICE OF APPEARANCE by Matthew Leo Mustokoff on behalf of Sjunde AP-Fonden. (Mustokoff, Matthew) (Entered: 10/18/2019) |
| 10/18/2019 | 58 | NOTICE OF APPEARANCE by Johnston de Forest Whitman, Jr on behalf of Sjunde AP-Fonden. (Whitman, Johnston) (Entered: 10/18/2019) |
| 10/18/2019 | 59 | MOTION for Andrew L. Zivitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-17794686. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - PA Certificate of Good Standing, # 2 Exhibit B - NJ Certificate of Good Standing, # 3 Affidavit of Andrew L. Zivitz, # 4 Text of Proposed Order)(Zivitz, Andrew) (Entered: 10/18/2019) |
| 10/18/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 59 MOTION for Andrew L. Zivitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-17794686. Motion and supporting papers to be reviewed** |

| | | |
|---|---|---|
| | | **by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/18/2019) |
| 10/21/2019 | 60 | ORDER granting 59 Motion for Andrew L. Zivitz to Appear Pro Hac Vice (HEREBY ORDERED by Judge Vernon S. Broderick)(Text Only Order) (msa) (Entered: 10/21/2019) |
| 10/28/2019 | 61 | NOTICE OF APPEARANCE by Salvatore Jo Graziano on behalf of Sjunde AP-Fonden. (Graziano, Salvatore) (Entered: 10/28/2019) |
| 10/28/2019 | 62 | NOTICE OF APPEARANCE by James Michael Fee on behalf of Sjunde AP-Fonden. (Fee, James) (Entered: 10/28/2019) |
| 10/28/2019 | 63 | SECOND AMENDED COMPLAINT amending 43 Amended Complaint, against Lloyd C. Blankfein, Harvey M. Schwartz, The Goldman Sachs Group, Inc., Gary D. Cohn with JURY DEMAND.Document filed by Sjunde AP-Fonden. Related document: 43 Amended Complaint,. (Attachments: # 1 Exhibit A - AP7 Certification)(Zivitz, Andrew) (Entered: 10/28/2019) |
| 10/28/2019 | 64 | REQUEST FOR ISSUANCE OF SUMMONS as to Gary D. Cohn, re: 63 Amended Complaint,. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated). (Zivitz, Andrew) (Entered: 10/28/2019) |
| 10/29/2019 | 65 | ELECTRONIC SUMMONS ISSUED as to Gary D. Cohn. (pc) (Entered: 10/29/2019) |
| 11/18/2019 | 66 | MOTION for Joshua A. Materese to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-18086523. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - PA Certificate of Good Standing, # 2 Exhibit B - NJ Certificate of Good Standing, # 3 Affidavit of Joshua A. Materese, # 4 Text of Proposed Order)(Materese, Joshua) (Entered: 11/18/2019) |
| 11/18/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 66 MOTION for Joshua A. Materese to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-18086523. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 11/18/2019) |
| 11/21/2019 | 67 | ORDER granting 66 Motion for Joshua A. Materese to Appear Pro Hac Vice (HEREBY ORDERED by Judge Vernon S. Broderick)(Text Only Order) (msa) (Entered: 11/21/2019) |
| 11/25/2019 | 68 | PROPOSED STIPULATION AND ORDER. Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Nelles, Sharon) (Entered: 11/25/2019) |
| 11/26/2019 | 69 | MEMO ENDORSEMENT on re: 68 Proposed Stipulation and Order filed by Harvey M. Schwartz, The Goldman Sachs Group, Inc., Gary D. Cohn, Lloyd C. Blankfein. ENDORSEMENT: APPLICATION DENIED. SO ORDERED. The parties are directed to resubmit their request for additional pages in compliance with my Individual Rule 4.B. (Signed by Judge Vernon S. Broderick on 11/26/2019) (rro) (Entered: 11/26/2019) |
| 12/05/2019 | 70 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Vernon S. Broderick from Sharon L. Nelles dated December 5, 2019. Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc..(Nelles, Sharon) (Entered: 12/05/2019) |

| | | |
|---|---|---|
| 12/05/2019 | 71 | PROPOSED STIPULATION AND ORDER. Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Nelles, Sharon) (Entered: 12/05/2019) |
| 12/06/2019 | 72 | STIPULATION AND ORDER: The undersigned counsel acknowledges that is has accepted service of the Second Amended Class Action Complaint in this action on behalf of the all Defendants, including Mr. Cohn. The following briefing schedule shall govern Defendants' forthcoming motion to dismiss the Amended Complaint: Defendants' motion to dismiss the Amended Complaint shall be filed on or before January 9, 2020. Plaintiff's memorandum in opposition to Defendants' motion to dismiss the Amended Complaint shall be filed on or before March 13, 2020. Defendants' joint reply memorandum in support of the motion to dismiss the Amended Complaint shall be filed on or before April 27, 2020. Except as to the defense of insufficiency of service of process, by entering into this Stipulation, Defendants do not waive, and hereby expressly preserve, all potential defenses in this litigation, including but not limited to defenses relating to venue or jurisdiction. SO ORDERED. (Motions due by 1/9/2020., Responses due by 3/13/2020, Replies due by 4/27/2020.) (Signed by Judge Vernon S. Broderick on 12/6/2019) (rro) Modified on 12/9/2019 (rro). (Entered: 12/06/2019) |
| 12/06/2019 | 73 | ORDER denying 70 Letter Motion for Leave to File Excess Pages. Application denied. So ordered. Defendants shall file an opening brief jointly on behalf of all Defendants of no more than 40 pages. Plaintiff's opposition shall be similarly limited to 40 pages, and Defendants' joint reply shall be limited to 20 pages. (Signed by Judge Vernon S. Broderick on 12/6/2019) (rro) (Entered: 12/06/2019) |
| 12/10/2019 | 74 | NOTICE OF APPEARANCE by Sharon L. Nelles on behalf of Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Nelles, Sharon) (Entered: 12/10/2019) |
| 12/10/2019 | 75 | NOTICE OF APPEARANCE by David Maxwell Rein on behalf of Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Rein, David) (Entered: 12/10/2019) |
| 12/10/2019 | 76 | NOTICE OF APPEARANCE by Matthew Alexander Schwartz on behalf of Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Schwartz, Matthew) (Entered: 12/10/2019) |
| 12/10/2019 | 77 | NOTICE OF APPEARANCE by Benjamin Robert Walker on behalf of Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Walker, Benjamin) (Entered: 12/10/2019) |
| 12/10/2019 | 78 | NOTICE OF APPEARANCE by Stephen Hendrix Oliver Clarke on behalf of Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Clarke, Stephen) (Entered: 12/10/2019) |
| 01/09/2020 | 79 | MOTION to Dismiss the Second Amended Complaint. Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc..(Nelles, Sharon) (Entered: 01/09/2020) |
| 01/09/2020 | 80 | **FILING ERROR - DEFICIENT DOCKET ENTRY** - MEMORANDUM OF LAW in Support re: 79 MOTION to Dismiss the Second Amended Complaint. . Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Nelles, Sharon) Modified on 1/22/2020 (ka). (Entered: 01/09/2020) |
| 01/10/2020 | 81 | DECLARATION of Stephen H.O. Clarke in Support re: 79 MOTION to Dismiss the Second Amended Complaint.. Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 |

| | | |
|---|---|---|
| | | Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24, # <u>25</u> Exhibit 25, # <u>26</u> Exhibit 26, # <u>27</u> Exhibit 27, # <u>28</u> Exhibit 28, # <u>29</u> Exhibit 29, # <u>30</u> Exhibit 30, # <u>31</u> Exhibit 31, # <u>32</u> Exhibit 32, # <u>33</u> Exhibit 33, # <u>34</u> Exhibit 34, # <u>35</u> Exhibit 35, # <u>36</u> Exhibit 36, # <u>37</u> Exhibit 37, # <u>38</u> Exhibit 38, # <u>39</u> Exhibit 39, # <u>40</u> Exhibit 40, # <u>41</u> Exhibit 41, # <u>42</u> Exhibit 42, # <u>43</u> Exhibit 43, # <u>44</u> Exhibit 44, # <u>45</u> Exhibit 45, # <u>46</u> Exhibit 46, # <u>47</u> Exhibit 47, # <u>48</u> Exhibit 48, # <u>49</u> Exhibit 49, # <u>50</u> Exhibit 50, # <u>51</u> Exhibit 51, # <u>52</u> Exhibit 52, # <u>53</u> Exhibit 53, # <u>54</u> Exhibit 54, # <u>55</u> Exhibit 55, # <u>56</u> Exhibit 56, # <u>57</u> Exhibit 57, # <u>58</u> Exhibit 58, # <u>59</u> Exhibit 59, # <u>60</u> Exhibit 60, # <u>61</u> Exhibit 61, # <u>62</u> Exhibit 62, # <u>63</u> Exhibit 63, # <u>64</u> Exhibit 64, # <u>65</u> Exhibit 65, # <u>66</u> Exhibit 66, # <u>67</u> Exhibit 67, # <u>68</u> Exhibit 68, # <u>69</u> Exhibit 69)(Nelles, Sharon) (Entered: 01/10/2020) |
| 01/10/2020 | <u>82</u> | LETTER addressed to Judge Vernon S. Broderick from Sharon L. Nelles dated 01/09/2020 re: Oral Argument. Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc..(Nelles, Sharon) (Entered: 01/10/2020) |
| 01/21/2020 | <u>83</u> | MEMORANDUM OF LAW in Support re: <u>79</u> MOTION to Dismiss *the Second Amended Complaint. [Corrected]*. Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Nelles, Sharon) (Entered: 01/21/2020) |
| 01/21/2020 | <u>84</u> | LETTER addressed to Judge Vernon S. Broderick from Sharon L. Nelles dated Jan. 21, 2020 re: Corrected Memorandum of Law. Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Attachments: # <u>1</u> Exhibit A)(Nelles, Sharon) (Entered: 01/21/2020) |
| 01/22/2020 | <u>85</u> | NOTICE OF APPEARANCE by Eric Gerard on behalf of Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. (Gerard, Eric) (Entered: 01/22/2020) |
| 03/10/2020 | <u>86</u> | NOTICE OF APPEARANCE by Seth C. Farber on behalf of Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc...(Elkin, Michael) (Entered: 03/10/2020) |
| 03/10/2020 | <u>87</u> | NOTICE OF APPEARANCE by George Eric Mastoris on behalf of Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc...(Mastoris, George) (Entered: 03/10/2020) |
| 03/10/2020 | <u>88</u> | MOTION for Robert Y. Sperling to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19068992. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Attachments: # <u>1</u> Declaration of Robert Y. Sperling, with Certificate, # <u>2</u> Text of Proposed Order).(Sperling, Robert) (Entered: 03/10/2020) |
| 03/11/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>88</u> MOTION for Robert Y. Sperling to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19068992. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 03/11/2020) |
| 03/11/2020 | 89 | ORDER granting <u>88</u> Motion for Robert Y. Sperling to Appear Pro Hac Vice (HEREBY ORDERED by Judge Vernon S. Broderick)(Text Only Order) (msa) (Entered: 03/11/2020) |

| | | |
|---|---|---|
| 03/13/2020 | 90 | MEMORANDUM OF LAW in Opposition re: 79 MOTION to Dismiss *the Second Amended Complaint*. . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated)..(Zivitz, Andrew) (Entered: 03/13/2020) |
| 04/23/2020 | 91 | LETTER MOTION for Extension of Time to File Response/Reply as to 79 MOTION to Dismiss *the Second Amended Complaint*. addressed to Judge Vernon S. Broderick from Seth C. Farber dated April 23, 2020. Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc...(Farber, Seth) (Entered: 04/23/2020) |
| 04/24/2020 | 92 | ORDER granting 91 Letter Motion for Extension of Time to File Response/Reply re 79 MOTION to Dismiss: APPLICATION GRANTED. (Replies due by 5/4/2020.) (Signed by Judge Vernon S. Broderick on 4/24/2020) (jwh) (Entered: 04/24/2020) |
| 05/01/2020 | 93 | MOTION for Linda T. Coberly to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19672856. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Attachments: # 1 Declaration of Linda T. Coberly, with Certificate, # 2 Text of Proposed Order).(Coberly, Linda) (Entered: 05/01/2020) |
| 05/01/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 93 MOTION for Linda T. Coberly to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19672856. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 05/01/2020) |
| 05/04/2020 | 94 | REPLY MEMORANDUM OF LAW in Support re: 79 MOTION to Dismiss *the Second Amended Complaint*. . Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 05/04/2020) |
| 05/04/2020 | 95 | DECLARATION of George E. Mastoris in Support re: 79 MOTION to Dismiss *the Second Amended Complaint*.. Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit 70 - 2014 Form 10-K, # 2 Exhibit 71 - Article in Sarawak Report, July 8, 2013, # 3 Exhibit 72 - Form 4s for L. Blankfein, # 4 Exhibit 73 - Form 4s for G. Cohn, # 5 Exhibit 74 - Form 4s for H. Schwartz).(Mastoris, George) (Entered: 05/04/2020) |
| 05/06/2020 | 96 | ORDER granting 93 Motion for Linda T. Coberly to Appear Pro Hac Vice (HEREBY ORDERED by Judge Vernon S. Broderick)(Text Only Order) (msa) (Entered: 05/06/2020) |
| 09/11/2020 | 97 | MOTION for Benjamin R. Walker, Stephen H.O. Clarke, Matthew A Schwartz, Sharon L. Nelles, and David M.J. Rein of Sullivan & Cromwell LLP to Withdraw as Attorney . Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc...(Rein, David) (Entered: 09/11/2020) |
| 09/11/2020 | 98 | DECLARATION of David M.J. Rein in Support re: 97 MOTION for Benjamin R. Walker, Stephen H.O. Clarke, Matthew A Schwartz, Sharon L. Nelles, and David M.J. Rein of Sullivan & Cromwell LLP to Withdraw as Attorney .. Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc... (Rein, David) (Entered: 09/11/2020) |

| 09/14/2020 | 99 | MEMO ENDORSEMENT granting 97 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. (Attorney David Maxwell Rein; Matthew Alexander Schwartz; Benjamin Robert Walker; Stephen Hendrix Oliver Clarke and Sharon L. Nelles terminated.) (Signed by Judge Vernon S. Broderick on 9/14/2020) (rro) (Entered: 09/14/2020) |
|---|---|---|
| 10/28/2020 | 100 | NOTICE of of Request for Judicial Notice re: 90 Memorandum of Law in Opposition to Motion. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated). (Attachments: # 1 Exhibit A - Criminal Information, # 2 Exhibit B - Deferred Prosecution Agreement).(Zivitz, Andrew) (Entered: 10/28/2020) |
| 11/09/2020 | 101 | Objection re: 100 Notice (Other), -- *Defendants' Objection and Response to Plaintiff's Request for Judicial Notice in Support of its Opposition to Defendants' Motion to Dismiss.* Document filed by Lloyd C. Blankfein, Gary D. Cohn, Harvey M. Schwartz, The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 11/09/2020) |
| 06/28/2021 | 102 | OPINION AND ORDER re: 79 MOTION to Dismiss *the Second Amended Complaint.* filed by Harvey M. Schwartz, The Goldman Sachs Group, Inc., Gary D. Cohn, Lloyd C. Blankfein. For the foregoing reasons, Defendants' motion to dismiss is GRANTED IN PART and DENIED IN PART. All claims against Defendant Schwartz are DISMISSED. Defendants' motions to dismiss related to Blankfein, Cohn, and Goldman are DENIED, and Blankfein, Cohn, and Goldman are directed to file an answer to Plaintiff's Second Amended Complaint within twenty-one (21) days of the filing of this Opinion & Order. Defendants' motion for oral argument on this motion, (Doc. 82), is DENIED as moot. The Clerk's office is directed to terminate the open motion at Document 79. SO ORDERED. Harvey M. Schwartz terminated. (Signed by Judge Vernon S. Broderick on 6/28/2021) (kv) (Entered: 06/28/2021) |
| 06/30/2021 | 104 | MOTION TO FILE BRIEF AMICUS CURIAE, re: for Leave to File Amicus Curiae Brief. Document filed by William Michael Cunningham, a non-party.(sc) (Entered: 07/02/2021) |
| 07/01/2021 | 103 | ORDER: I am in receipt of a motion for leave to file an amicus curiae brief submitted by William Michael Cunningham. It is hereby: ORDERED that the Clerk's office is directed to file the motion for leave and the brief in question on the docket. IT IS FURTHER ORDERED that if the motion for leave and the brief were filed in connection with Defendants' motion to dismiss, it is untimely. IT IS FURTHER ORDERED that if the motion for leave and the brief were filed for some other reason, given that there are currently no open motions in this case, I do not take any action at this time with regard to the application. IT IS FURTHER ORDERED that the Clerk's office is directed to mail a copy of this Order to the applicant at the address listed on his motion. SO ORDERED. (Signed by Judge Vernon S. Broderick on 7/1/2021) (kv) Transmission to Docket Assistant Clerk for processing. Transmission to Office of the Clerk of Court for processing. (Entered: 07/02/2021) |
| 07/02/2021 | | Mailed a copy of 103 Order to William Michael Cunningham at PO Box 75574, Washington, DC 20013. (kh) (Entered: 07/02/2021) |
| 07/02/2021 | 105 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 63 Amended Complaint, addressed to Judge Vernon S. Broderick from Seth C. Farber dated July 2, 2021. Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc...(Farber, Seth) (Entered: 07/02/2021) |
| 07/06/2021 | 106 | ORDER granting 105 Letter Motion for Extension of Time to Answer re 105 CONSENT LETTER MOTION for Extension of Time to File Answer re: 63 Amended Complaint, addressed to Judge Vernon S. Broderick from Seth C. Farber dated July 2, 2021., 63 Amended Complaint. APPLICATION GRANTED. SO ORDERED. Lloyd C. Blankfein |

| | | |
|---|---|---|
| | | answer due 8/31/2021; Gary D. Cohn answer due 8/31/2021; The Goldman Sachs Group, Inc. answer due 8/31/2021. (Signed by Judge Vernon S. Broderick on 7/6/2021) (kv) Modified on 7/7/2021 (kv). (Entered: 07/07/2021) |
| 07/07/2021 | 107 | NOTICE OF APPEARANCE by Scott Alexander Edelman on behalf of Gary D. Cohn.. (Edelman, Scott) (Entered: 07/07/2021) |
| 07/07/2021 | 108 | NOTICE OF APPEARANCE by Grant Richard Mainland on behalf of Gary D. Cohn.. (Mainland, Grant) (Entered: 07/07/2021) |
| 07/14/2021 | 109 | NOTICE OF APPEARANCE by Kingdar Prussien on behalf of Gary D. Cohn..(Prussien, Kingdar) (Entered: 07/14/2021) |
| 07/14/2021 | 110 | NOTICE OF APPEARANCE by Isabel Christophorou Pitaro on behalf of Gary D. Cohn.. (Pitaro, Isabel) (Entered: 07/14/2021) |
| 07/21/2021 | 111 | NOTICE OF APPEARANCE by Tess McLaughlin on behalf of Gary D. Cohn.. (McLaughlin, Tess) (Entered: 07/21/2021) |
| 07/27/2021 | 112 | NOTICE OF APPEARANCE by Brad Scott Karp on behalf of Lloyd C. Blankfein.. (Karp, Brad) (Entered: 07/27/2021) |
| 07/27/2021 | 113 | NOTICE OF APPEARANCE by Andrew James Ehrlich on behalf of Lloyd C. Blankfein.. (Ehrlich, Andrew) (Entered: 07/27/2021) |
| 07/27/2021 | 114 | NOTICE OF APPEARANCE by Brady M. Sullivan on behalf of Lloyd C. Blankfein.. (Sullivan, Brady) (Entered: 07/27/2021) |
| 08/30/2021 | 115 | MOTION for Jamie M. McCall to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-24996510. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - PA Certificate of Good Standing, # 2 Affidavit of Jamie M. McCall, # 3 Text of Proposed Order).(McCall, Jamie) (Entered: 08/30/2021) |
| 08/30/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 115 MOTION for Jamie M. McCall to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-24996510. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 08/30/2021) |
| 08/30/2021 | 116 | MOTION for Robert Y. Sperling, Linda T. Coberly, Seth C. Farber, and George E. Mastoris to Withdraw as Attorney . Document filed by Lloyd C. Blankfein, Gary D. Cohn..(Farber, Seth) (Entered: 08/30/2021) |
| 08/30/2021 | 117 | DECLARATION of Seth C. Farber in Support re: 116 MOTION for Robert Y. Sperling, Linda T. Coberly, Seth C. Farber, and George E. Mastoris to Withdraw as Attorney .. Document filed by Lloyd C. Blankfein, Gary D. Cohn..(Farber, Seth) (Entered: 08/30/2021) |
| 08/31/2021 | 118 | ANSWER to 63 Amended Complaint,. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 08/31/2021) |
| 08/31/2021 | 119 | ANSWER to 63 Amended Complaint,. Document filed by Lloyd C. Blankfein..(Karp, Brad) (Entered: 08/31/2021) |
| 08/31/2021 | 120 | ANSWER to 63 Amended Complaint,. Document filed by Gary D. Cohn..(Edelman, Scott) (Entered: 08/31/2021) |
| 09/01/2021 | 121 | NOTICE OF APPEARANCE by John Erik Schreiber on behalf of The Goldman Sachs Group, Inc...(Schreiber, John) (Entered: 09/01/2021) |

| 09/01/2021 | 122 | NOTICE OF APPEARANCE by Cristina Isabel Calvar on behalf of The Goldman Sachs Group, Inc...(Calvar, Cristina) (Entered: 09/01/2021) |
|---|---|---|
| 09/01/2021 | 123 | ORDER granting 115 Motion for Jamie M. McCall to Appear Pro Hac Vice (HEREBY ORDERED by Judge Vernon S. Broderick)(Text Only Order) (msa) (Entered: 09/01/2021) |
| 09/01/2021 | 124 | MEMO ENDORSEMENT granting 116 Motion to Withdraw as Attorney. ENDORSEMENT: APPLICATION GRANTED. SO ORDERED. Attorney George Eric Mastoris; Robert Y. Sperling; Linda T. Coberly and Seth C. Farber terminated. (Signed by Judge Vernon S. Broderick on 9/1/2021) (kv) (Entered: 09/01/2021) |
| 09/13/2021 | 125 | ORDER AND NOTICE OF INITIAL CONFERENCE: This case has been assigned to me for all purposes. It is hereby: ORDERED that, in light of the public health crisis, the Court will not be holding an initial pretrial conference. IT IS FURTHER ORDERED that, by September 24, 2021, the parties submit a joint letter, not to exceed three (3) pages, providing the following information in separate paragraphs: as further set forth herein. SO ORDERED. (Signed by Judge Vernon S. Broderick on 9/13/2021) (kv) (Entered: 09/13/2021) |
| 09/13/2021 | 126 | MOTION for Margaret E. Mazzeo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25051565. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated). (Attachments: # 1 Exhibit A - PA Certificate of Good Standing, # 2 Exhibit B - NJ Certificate of Good Standing, # 3 Affidavit of Margaret E. Mazzeo, # 4 Text of Proposed Order).(Mazzeo, Margaret) (Entered: 09/13/2021) |
| 09/13/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 126 MOTION for Margaret E. Mazzeo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25051565. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 09/13/2021) |
| 09/14/2021 | 127 | ORDER granting 126 Motion for Margaret E. Mazzeo to Appear Pro Hac Vice (HEREBY ORDERED by Judge Vernon S. Broderick)(Text Only Order) (msa) (Entered: 09/14/2021) |
| 09/24/2021 | 128 | JOINT LETTER addressed to Judge Vernon S. Broderick from Parties dated September 24, 2021 re: September 13, 2021 Order. Document filed by Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 09/24/2021) |
| 09/24/2021 | 129 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Sjunde AP-Fonden.. (Zivitz, Andrew) (Entered: 09/24/2021) |
| 09/27/2021 | 130 | MEMO ENDORSEMENT on re: 128 Letter filed by Sjunde AP-Fonden, ENDORSEMENT: In light of the extremely long discovery period I am granting the parties, I am highly unlikely to grant any subsequent extensions absent extraordinary circumstances. APPLICATION GRANTED. SO ORDERED. (Signed by Judge Vernon S. Broderick on 9/27/2021) ( Deposition due by 7/17/2023., Discovery due by 7/17/2023., Expert Discovery due by 7/17/2023., Fact Discovery due by 12/30/2022., Motions due by 1/13/2023., Responses due by 1/27/2022, Replies due by 3/24/2022.) (ks) (Entered: 09/27/2021) |
| 09/27/2021 | 131 | CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). This case is to be tried to a jury. The parties have conferred and their present best estimate of the length of trial is 28 days. Depositions shall be completed by December 30, 2022. Deposition due by |

| | | |
|---|---|---|
| | | 7/17/2023. Fact Discovery due by 12/30/2022. Expert Discovery due by 7/17/2023. Discovery due by 7/17/2023. Status Conference set for 7/28/2023 at 03:00 PM before Judge Vernon S. Broderick. (Signed by Judge Vernon S. Broderick on 9/27/2021) (kv) (Entered: 09/27/2021) |
| 09/29/2021 | 132 | NOTICE OF APPEARANCE by Rebecca Ellen Boon on behalf of Sjunde AP-Fonden(individually and on behalf of all others similarly situated)..(Boon, Rebecca) (Entered: 09/29/2021) |
| 10/08/2021 | 133 | PROPOSED PROTECTIVE ORDER. Document filed by Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 10/08/2021) |
| 10/08/2021 | 134 | PROPOSED STIPULATION AND ORDER. Document filed by Sjunde AP-Fonden.. (Zivitz, Andrew) (Entered: 10/08/2021) |
| 10/12/2021 | 135 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...SO ORDERED. (Signed by Judge Vernon S. Broderick on 10/12/21) (yv) (Entered: 10/13/2021) |
| 10/12/2021 | 136 | STIPULATION AND ORDER GOVERNING THE PRODUCTION OF DISCOVERY MATERIAL. WHEREAS, the Parties, through their counsel, have stipulated and agreed to give effectto this Stipulation and [Proposed] Order Governing the Production of Discovery Material(Protocol), as set forth below, to facilitate discovery. This Protocol shall apply to the productionof paper Documents and Electronically Stored Information (as defined herein) in this Action asfurther set forth in this Stipulation. The procedures and protocols outlined herein govern the production of paper Documents and ESI by all Parties. The Parties will take reasonable steps to comply with this Protocol. All productions made pursuant to this Protocol will be subject to the forthcoming Stipulated Protective Order, So-Ordered by the Court (Protective Order), and any further protective orders or privilege orders entered in this Action that govern Document production. Nothing in this Protocol is intended to be an exhaustive list of discovery obligations or rights of a Producing Party or a Receiving Party. Nothing in this Protocol establishes any agreement as to either the temporal or subject matter scope of discovery in this Action. Nothing in this Protocol establishes any agreement as to any search or review protocol, including which sources shall be searched for Responsive Documents or ESI, or how a Responsive Document is to be identified and as further set forth in this Stipulation. SO ORDERED. (Signed by Judge Vernon S. Broderick on 10/12/21) (yv) (Entered: 10/13/2021) |
| 10/19/2021 | 137 | MOTION for Nathan A. Hasiuk to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25216920. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - PA Certificate of Good Standing, # 2 Exhibit B - NJ Certificate of Good Standing, # 3 Affidavit of Nathan A. Hasiuk, # 4 Text of Proposed Order).(Hasiuk, Nathan) (Entered: 10/19/2021) |
| 10/20/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 137 MOTION for Nathan A. Hasiuk to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25216920. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 10/20/2021) |
| 11/10/2021 | 138 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Lloyd C. Blankfein..(Sullivan, Brady) (Entered: 11/10/2021) |
| 11/12/2021 | 139 | NOTICE OF APPEARANCE by Daniel Shiah Sinnreich on behalf of Lloyd C. Blankfein..(Sinnreich, Daniel) (Entered: 11/12/2021) |

| 11/12/2021 | [140](#) | MOTION to Certify Class . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated)..(Zivitz, Andrew) (Entered: 11/12/2021) |
|---|---|---|
| 11/12/2021 | [141](#) | MEMORANDUM OF LAW in Support re: [140](#) MOTION to Certify Class . . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated).. (Zivitz, Andrew) (Entered: 11/12/2021) |
| 11/12/2021 | [142](#) | DECLARATION of Andrew L. Zivitz in Support re: [140](#) MOTION to Certify Class .. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated). (Attachments: # [1](#) Exhibit 1 - Expert Report of Joseph R. Mason, Ph.D., # [2](#) Exhibit 2 - KTMC Firm Resume, # [3](#) Exhibit 3 - BLBG Firm Resume).(Zivitz, Andrew) (Entered: 11/12/2021) |
| 11/12/2021 | [143](#) | PROPOSED ORDER. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated). Related Document Number: [140](#) ..(Zivitz, Andrew) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 11/12/2021) |
| 11/15/2021 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. [143](#) Proposed Order, was reviewed and approved as to form. (dt)** (Entered: 11/15/2021) |
| 11/22/2021 | [144](#) | MOTION for Stuart L. Berman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25369314. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sjunde AP-Fonden. (Attachments: # [1](#) Exhibit A - PA Certificate of Good Standing, # [2](#) Exhibit B - NJ Certificate of Good Standing, # [3](#) Affidavit of Stuart L. Berman, # [4](#) Text of Proposed Order).(Berman, Stuart) (Entered: 11/22/2021) |
| 11/23/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [144](#) MOTION for Stuart L. Berman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25369314. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 11/23/2021) |
| 01/27/2022 | [145](#) | LETTER MOTION to Seal *Defendants' Brief in Opposition to Lead Plaintiffs Motion for Class Certification and Exhibit 4 to the Declaration of John E. Schreiber,* addressed to Judge Vernon S. Broderick from Defendants dated January 27, 2022. Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc...(Schreiber, John) (Entered: 01/27/2022) |
| 01/27/2022 | [146](#) | \*\*\*SELECTED PARTIES\*\*\* MEMORANDUM OF LAW in Opposition re: [140](#) MOTION to Certify Class . . Document filed by Lloyd C. Blankfein, The Goldman Sachs Group, Inc., Gary D. Cohn, Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. Motion or Order to File Under Seal: [145](#) . (Sperling, Robert) (Entered: 01/27/2022) |
| 01/27/2022 | [147](#) | MEMORANDUM OF LAW in Opposition re: [140](#) MOTION to Certify Class . *(Redacted)*. Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 01/27/2022) |
| 01/27/2022 | [148](#) | DECLARATION of John E. Schreiber in Opposition re: [140](#) MOTION to Certify Class .. Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc.. (Attachments: # [1](#) Exhibit 1 - Expert Report of S.P. Kothari, # [2](#) Exhibit 2 - Goldman Sachs Group, Inc. Q2 2016 Form 10-Q, # [3](#) Exhibit 3 - Goldman Sachs Group, Inc. Q3 2018 Form 10-Q, # [4](#) Exhibit 4 - Excerpted Deposition Testimony of Richard Grottheim (SEALED), # [5](#) Exhibit 5 - Expert Report of Joseph Mason in In re Acuity Brands Inc. Sec. Litig., # [6](#) Exhibit 6 - Excerpted Deposition Testimony of Joseph Mason, # [7](#) Exhibit 7 - Bloomberg Article (Nov. 2, 2018)).(Schreiber, John) (Entered: 01/27/2022) |

| 01/27/2022 | 149 | ***SELECTED PARTIES***DECLARATION of John E. Schreiber in Opposition re: 140 MOTION to Certify Class .. Document filed by Lloyd C. Blankfein, The Goldman Sachs Group, Inc., Gary D. Cohn, Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. (Attachments: # 1 Exhibit 4 - Excerpted Deposition Testimony of Richard Grottheim)Motion or Order to File Under Seal: 145 . (Schreiber, John) (Entered: 01/27/2022) |
|---|---|---|
| 01/28/2022 | 150 | ORDER granting 145 LETTER MOTION to Seal Defendants' Brief in Opposition to Lead Plaintiffs Motion for Class Certification and Exhibit 4 to the Declaration of John E. Schreiber. APPLICATION GRANTED SO ORDERED. Defendants are directed to Rule 5.B. of my Individual Rules & Practices in Civil Cases and to meet and confer with Plaintiff as necessary to determine if Defendants' Brief in Opposition to Lead Plaintiff's Motion for Class Certification and the excerpted transcript of Plaintiff's Rule 30(b)(6) deposition testimony in this matter can be filed in redacted form on ECF.. (Signed by Judge Vernon S. Broderick on 1/28/2022) (jca) (Entered: 01/28/2022) |
| 01/31/2022 | 151 | ORDER FOR ADMISSION PRO HAC VICE granting 144 Motion for Stuart L. Berman to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Stuart L. Berman is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Vernon S. Broderick on 1/31/2022) (kv) (Entered: 01/31/2022) |
| 01/31/2022 | 152 | ORDER FOR ADMISSION PRO HAC VICE granting 137 Motion for Nathan A. Hasiuk to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Nathan A. Hasiuk is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Vernon S. Broderick on 1/31/2022) (kv) (Entered: 01/31/2022) |
| 02/01/2022 | 153 | LETTER addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated February 1, 2022 re: Order (ECF No. 150) granting Letter Motion to Seal (ECF No. 145). Document filed by Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 02/01/2022) |
| 02/04/2022 | 154 | MEMO ENDORSEMENT on re: 153 Letter filed by Sjunde AP-Fonden. ENDORSEMENT: Defendants should submit a letter motion to the Court if they wish to unseal their Brief in Opposition to Lead Plaintiff's Motion for Class Certification and the excerpted transcript of Plaintiff's Rule 30(b)(6) deposition testimony. (Doc. 146.). SO ORDERED. (Signed by Judge Vernon S. Broderick on 2/4/2022) (kv) (Entered: 02/04/2022) |
| 02/08/2022 | 155 | LETTER MOTION to Seal *(to Unseal 146 Defendants' Brief in Opposition to Lead Plaintiff's Motion for Class Certification, and 149 Excerpted Transcript of Plaintiff's Rule 30(b)(6) Deposition Testimony)* addressed to Judge Vernon S. Broderick from Defendants dated February 8, 2022. Document filed by The Goldman Sachs Group, Inc...(Schreiber, John) (Entered: 02/08/2022) |
| 02/09/2022 | 156 | ORDER granting 155 Letter Motion to Seal. APPLICATION GRANTED. SO ORDERED. (Signed by Judge Vernon S. Broderick on 2/9/2022) (tg) (Entered: 02/09/2022) |
| 03/10/2022 | 157 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated March 10, 2022. Document filed by Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 03/10/2022) |
| 03/14/2022 | 158 | ORDER granting 157 Letter Motion for Leave to File Excess Pages. APPLICATION GRANTED. SO ORDERED.. (Signed by Judge Vernon S. Broderick on 3/14/2022) (kv) |

| | | (Entered: 03/14/2022) |
|---|---|---|
| 03/24/2022 | 159 | REPLY MEMORANDUM OF LAW in Support re: 140 MOTION to Certify Class . . Document filed by Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 03/24/2022) |
| 03/24/2022 | 160 | DECLARATION of Andrew L. Zivitz in Support re: 140 MOTION to Certify Class .. Document filed by Sjunde AP-Fonden. (Attachments: # 1 Exhibit 1 - Reply Expert Report of Joseph R. Mason, Ph.D., # 2 Exhibit 2 - Nov. 12, 2018 Barrons article, # 3 Exhibit 3 - Nov. 12, 2018 Bloomberg article, # 4 Exhibit 4 - Deposition Transcript of S.P. Kothari, Ph.D., # 5 Exhibit 5 - Nov. 9, 2018 WSJ article, # 6 Exhibit 6 - Nov. 9, 2018 Bloomberg Intelligence article, # 7 Exhibit 7 - Nov. 8, 2018 Bloomberg article, # 8 Exhibit 8 - Deposition Transcript of Richard Grottheim (excerpts), # 9 Exhibit 9 - transaction data, # 10 Exhibit 10 - transaction data, # 11 Exhibit 11 - Dec. 27, 2021 letter).(Zivitz, Andrew) (Entered: 03/24/2022) |
| 03/30/2022 | 161 | NOTICE OF APPEARANCE by Kayla Giampaolo on behalf of Gary D. Cohn.. (Giampaolo, Kayla) (Entered: 03/30/2022) |
| 03/30/2022 | 162 | NOTICE OF APPEARANCE by Joseph DaSilva on behalf of Gary D. Cohn..(DaSilva, Joseph) (Entered: 03/30/2022) |
| 04/08/2022 | 163 | NOTICE OF APPEARANCE by Brendan Walden on behalf of Sjunde AP-Fonden(individually and on behalf of all others similarly situated)..(Walden, Brendan) (Entered: 04/08/2022) |
| 04/08/2022 | 164 | MOTION for James Fee to Withdraw as Attorney . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated)..(Boon, Rebecca) (Entered: 04/08/2022) |
| 04/11/2022 | 165 | MEMO ENDORSEMENT granting 164 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney James Michael Fee terminated. (Signed by Judge Vernon S. Broderick on 4/11/2022) (kv) (Entered: 04/11/2022) |
| 04/12/2022 | 166 | MOTION for Kingdar Prussien to Withdraw as Attorney . Document filed by Gary D. Cohn..(Prussien, Kingdar) (Entered: 04/12/2022) |
| 04/13/2022 | 167 | MEMO ENDORSEMENT granting 166 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Kingdar Prussien terminated. (Signed by Judge Vernon S. Broderick on 4/13/2022) (kv) (Entered: 04/13/2022) |
| 04/26/2022 | 168 | MOTION for Tess M. McLaughlin to Withdraw as Attorney . Document filed by Gary D. Cohn..(McLaughlin, Tess) (Entered: 04/26/2022) |
| 04/27/2022 | 169 | MEMO ENDORSEMENT granting 168 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Tess McLaughlin terminated. (Signed by Judge Vernon S. Broderick on 4/27/2022) (kv) (Entered: 04/27/2022) |
| 05/09/2022 | 170 | LETTER MOTION to Seal *Plaintiffs Memorandum of Law in Support of its Motion for Issuance of Hague Convention Letters of Request for International Judicial Assistance to Obtain Testimony and certain supporting documents* addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated May 9, 2022. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated)..(Zivitz, Andrew) (Entered: 05/09/2022) |
| 05/09/2022 | 171 | MOTION for Issuance of Letters Rogatory as to Patrick Kidney, Toby Watson, and Cyrus Shey in Great Britain . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated). (Attachments: # 1 Text of Proposed Order for Issuance of a Hague Convention Request for International Judicial Assistance).(Zivitz, Andrew) (Entered: 05/09/2022) |

| | | |
|---|---|---|
| 05/09/2022 | 172 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 171 MOTION for Issuance of Letters Rogatory as to Patrick Kidney, Toby Watson, and Cyrus Shey in Great Britain . . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Lloyd C. Blankfein, Gary D. Cohn, Sjunde AP-Fonden, The Goldman Sachs Group, Inc.. Motion or Order to File Under Seal: 170 .(Zivitz, Andrew) (Entered: 05/09/2022) |
| 05/09/2022 | 173 | MEMORANDUM OF LAW in Support re: 171 MOTION for Issuance of Letters Rogatory as to Patrick Kidney, Toby Watson, and Cyrus Shey in Great Britain . . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated)..(Zivitz, Andrew) (Entered: 05/09/2022) |
| 05/09/2022 | 174 | ***SELECTED PARTIES***DECLARATION of Andrew L. Zivitz in Support re: 171 MOTION for Issuance of Letters Rogatory as to Patrick Kidney, Toby Watson, and Cyrus Shey in Great Britain .. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Lloyd C. Blankfein, Gary D. Cohn, Sjunde AP-Fonden, The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit A - P1 (Request for Judicial Assistance - P. Kidney), # 2 Exhibit A - P2 (Request for Judicial Assistance - P. Kidney), # 3 Exhibit A - P3 (Request for Judicial Assistance - P. Kidney), # 4 Exhibit B (Request for Judicial Assistance - T. Watson), # 5 Exhibit C (Request for Judicial Assistance - C. Shey))Motion or Order to File Under Seal: 170 .(Zivitz, Andrew) (Entered: 05/09/2022) |
| 05/09/2022 | 175 | DECLARATION of Andrew L. Zivitz in Support re: 171 MOTION for Issuance of Letters Rogatory as to Patrick Kidney, Toby Watson, and Cyrus Shey in Great Britain .. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated). (Attachments: # 1 Exhibit A - P1 (Request for Judicial Assistance - P. Kidney), # 2 Exhibit A - P2 (Request for Judicial Assistance - P. Kidney), # 3 Exhibit B (Request for Judicial Assistance - T. Watson), # 4 Exhibit C (Request for Judicial Assistance - C. Shey)).(Zivitz, Andrew) (Entered: 05/09/2022) |
| 05/20/2022 | 176 | MEMO ENDORSEMENT on re: 138 Proposed Order for Withdrawal of Attorney filed by Lloyd C. Blankfein. ENDORSEMENT: SO ORDERED. Attorney Brady M. Sullivan terminated. (Signed by Judge Vernon S. Broderick on 5/20/2022) (kv) (Entered: 05/20/2022) |
| 05/20/2022 | 177 | LETTER MOTION to Seal *Plaintiff's Memorandum of Law in Support of its Unopposed Motion for Issuance of Hague Convention Letters of Request for International Judicial Assistance to Obtain Testimony and certain supporting documents* addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated May 20, 2022. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated)..(Zivitz, Andrew) (Entered: 05/20/2022) |
| 05/20/2022 | 178 | MOTION for Issuance of Letters Rogatory as to Patrick Kidney, Toby Watson, and Cyrus Shey in Great Britain *(Unopposed)*. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated). (Attachments: # 1 Text of Proposed Order for Issuance of a Hague Convention Request for International Judicial Assistance).(Zivitz, Andrew) (Entered: 05/20/2022) |
| 05/20/2022 | 179 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 178 MOTION for Issuance of Letters Rogatory as to Patrick Kidney, Toby Watson, and Cyrus Shey in Great Britain *(Unopposed)*. . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Lloyd C. Blankfein, Gary D. Cohn, Sjunde AP-Fonden, The Goldman Sachs Group, Inc.. Motion or Order to File Under Seal: 177 . (Zivitz, Andrew) (Entered: 05/20/2022) |
| 05/20/2022 | 180 | MEMORANDUM OF LAW in Support re: 178 MOTION for Issuance of Letters Rogatory as to Patrick Kidney, Toby Watson, and Cyrus Shey in Great Britain |

| | | |
|---|---|---|
| | | *(Unopposed)*. . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated)..(Zivitz, Andrew) (Entered: 05/20/2022) |
| 05/20/2022 | 181 | ***SELECTED PARTIES***DECLARATION of Andrew L. Zivitz in Support re: 178 MOTION for Issuance of Letters Rogatory as to Patrick Kidney, Toby Watson, and Cyrus Shey in Great Britain *(Unopposed)*.. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Lloyd C. Blankfein, Gary D. Cohn, Sjunde AP-Fonden, The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit A Pt 1 (Request for Judicial Assistance - P. Kidney), # 2 Exhibit A Pt 2 (Request for Judicial Assistance - P. Kidney), # 3 Exhibit A Pt 3 (Request for Judicial Assistance - P. Kidney), # 4 Exhibit B (Request for Judicial Assistance - T. Watson), # 5 Exhibit C (Request for Judicial Assistance - C. Shey))Motion or Order to File Under Seal: 177 .(Zivitz, Andrew) (Entered: 05/20/2022) |
| 05/20/2022 | 182 | DECLARATION of Andrew L. Zivitz in Support re: 178 MOTION for Issuance of Letters Rogatory as to Patrick Kidney, Toby Watson, and Cyrus Shey in Great Britain *(Unopposed)*.. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated). (Attachments: # 1 Exhibit A Pt 1 (Request for Judicial Assistance - P. Kidney), # 2 Exhibit A Pt 2 (Request for Judicial Assistance - P. Kidney), # 3 Exhibit B (Request for Judicial Assistance - T. Watson), # 4 Exhibit C (Request for Judicial Assistance - C. Shey)).(Zivitz, Andrew) (Entered: 05/20/2022) |
| 05/20/2022 | 183 | LETTER addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated May 20, 2022 re: Plaintiffs Unopposed Motion for Issuance of Hague Convention Letters of Request for International Judicial Assistance to Obtain Testimony. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated)..(Zivitz, Andrew) (Entered: 05/20/2022) |
| 05/24/2022 | 184 | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ISSUANCE OF HAGUE CONVENTION LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN TESTIMONY denying without prejudice 171 Motion for Issuance of Letters Rogatory; granting 178 Motion for Issuance of Letters Rogatory. IT IS HEREBY ORDERED: i. Plaintiffs May 20, 2022 Unopposed Motion for Issuance of a Hague Convention Request for International Judicial Assistance to Obtain Testimony is GRANTED. The Court will post signed versions of Plaintiff's proposed Letters of Request to the docket. The Clerk of Court is respectfully directed to authenticate the Court's signature by affixing the Court's seal thereto and to arrange for the transmission of the authenticated copies to Plaintiff's counsel, who may then transmit the same to the Senior Master of the Queen's Bench Division of the High Court of England and Wales; and ii. Plaintiff's May 9, 2022 Motion for Issuance of a Hague Convention Request for International Judicial Assistance to Obtain Testimony (ECF No. 171) is DENIED WITHOUT PREJUDICE. The Clerk of Court is respectfully directed to close the open motion at Doc. 171, as it is mooted by this motion. SO ORDERED. (Signed by Judge Vernon S. Broderick on 5/24/2022) (jca) (Entered: 05/24/2022) |
| 05/24/2022 | 185 | ORDER granting 170 LETTER MOTION to Seal Plaintiffs Memorandum of Law in Support of its Motion for Issuance of Hague Convention Letters of Request for International Judicial Assistance to Obtain Testimony and certain supporting documents. APPLICATION GRANTED SO ORDERED. (Signed by Judge Vernon S. Broderick on 5/24/2022) (jca) (Entered: 05/24/2022) |
| 05/24/2022 | 186 | ORDER granting 177 LETTER MOTION to Seal Plaintiff's Memorandum of Law in Support of its Unopposed Motion for Issuance of Hague Convention Letters of Request for International Judicial Assistance to Obtain Testimony and certain supporting documents. APPLICATION GRANTED SO ORDERED. (Signed by Judge Vernon S. Broderick on 5/24/2022) (jca) (Entered: 05/24/2022) |

| 05/25/2022 | 187 | ORDER re: 184 Order on Motion for Issuance of Letters Rogatory. It is hereby: ORDERED that counsel for Lead Plaintiff produce courtesy copies of the Letters of Request, (Docs. 181-15), in hard copy form. It is further ordered that the courtesy copies be single-sided and retain the original ECF header stamp containing the case caption, document number, date of filing, and page number. The courtesy copies can be delivered directly to this Court's Orders and Judgments Clerk. SO ORDERED. (Signed by Judge Vernon S. Broderick on 5/25/2022) (kv) (Entered: 05/25/2022) |
|---|---|---|
| 05/27/2022 | | LETTERS ROGATORY ISSUED on May 27, 2022.(km) (Entered: 05/27/2022) |
| 08/23/2022 | 188 | NOTICE OF CHANGE OF ADDRESS by Robert Y. Sperling on behalf of The Goldman Sachs Group, Inc.. New Address: Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY, USA 10019, 212-373-3000..(Sperling, Robert) (Entered: 08/23/2022) |
| 08/23/2022 | 189 | NOTICE OF APPEARANCE by Staci Lynn Yablon on behalf of The Goldman Sachs Group, Inc...(Yablon, Staci) (Entered: 08/23/2022) |
| 08/23/2022 | 190 | NOTICE OF APPEARANCE by Gregory Frederick Laufer on behalf of The Goldman Sachs Group, Inc...(Laufer, Gregory) (Entered: 08/23/2022) |
| 09/06/2022 | 191 | MOTION for Cristina I. Calvar, George E. Mastoris, John E. Schreiber, Linda T. Coberly, and Seth C. Farber to Withdraw as Attorney . Document filed by The Goldman Sachs Group, Inc...(Mastoris, George) (Entered: 09/06/2022) |
| 09/06/2022 | 192 | DECLARATION of George E. Mastoris in Support re: 191 MOTION for Cristina I. Calvar, George E. Mastoris, John E. Schreiber, Linda T. Coberly, and Seth C. Farber to Withdraw as Attorney .. Document filed by The Goldman Sachs Group, Inc...(Mastoris, George) (Entered: 09/06/2022) |
| 09/07/2022 | 193 | MEMO ENDORSEMENT granting 191 MOTION for Cristina I. Calvar, George E. Mastoris, John E. Schreiber, Linda T. Coberly, and Seth C. Farber to Withdraw as Attorney. ENDORSEMENT: APPLICATION GRANTED SO ORDERED. Attorney Seth C. Farber; George Eric Mastoris; John Erik Schreiber; Cristina Isabel Calvar and Linda T. Coberly terminated. (Signed by Judge Vernon S. Broderick on 9/7/2022) (jca) (Entered: 09/07/2022) |
| 09/08/2022 | 194 | MOTION for Nathaniel C. Simon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-26651948. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - PA Certificate of Good Standing, # 2 Affidavit Affidavit of Nathaniel C. Simon, # 3 Text of Proposed Order Proposed Order).(Simon, Nathaniel) (Entered: 09/08/2022) |
| 09/09/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 194 MOTION for Nathaniel C. Simon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-26651948. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 09/09/2022) |
| 09/12/2022 | 195 | ORDER FOR ADMISSION PRO HAC VICE granting 194 Motion for Nathaniel C. Simon to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Nathaniel C. Simon is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Vernon S. Broderick on 9/12/2022) (kv) (Entered: 09/12/2022) |

| | | |
|---|---|---|
| 09/16/2022 | 196 | LETTER MOTION for Discovery *(Request for Alternative Service of Non-Party Deposition Subpoena)* addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated September 16, 2022. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. (Attachments: # 1 Exhibit Attachment A - Leissner Subpoena).(Zivitz, Andrew) (Entered: 09/16/2022) |
| 09/19/2022 | 197 | ORDER with respect to 196 Motion for Discovery. Defendants are ordered, on or before September 23, 2022, to file a response letter indicating their position on Plaintiff's motion for authorization of alternative service of the subpoena. SO ORDERED.. (Signed by Judge Vernon S. Broderick on 9/19/2022) (kv) (Entered: 09/19/2022) |
| 09/19/2022 | | Set/Reset Deadlines: Responses due by 9/23/2022 (kv) (Entered: 09/19/2022) |
| 09/23/2022 | 198 | LETTER RESPONSE to Motion addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated September 23, 2022 re: 196 LETTER MOTION for Discovery *(Request for Alternative Service of Non-Party Deposition Subpoena)* addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated September 16, 2022. . Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 09/23/2022) |
| 09/26/2022 | 199 | ORDER granting 196 Letter Motion for Discovery. APPLICATION GRANTED. SO ORDERED.. (Signed by Judge Vernon S. Broderick on 9/26/2022) (kv) (Entered: 09/26/2022) |
| 09/29/2022 | 200 | ORDER denying without prejudice 104 Letter Motion for Leave to File Document. Accordingly, it is hereby: ORDERED that the motion to file an amicus curiae brief, (Doc. 104), is DENIED without prejudice. The Clerk of Court is respectfully directed to close the open motion at Doc. 104. SO ORDERED.. (Signed by Judge Vernon S. Broderick on 9/29/2022) (kv) (Entered: 09/29/2022) |
| 10/03/2022 | 201 | NOTICE OF APPEARANCE by Vanessa Milan on behalf of Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden.. (Milan, Vanessa) (Entered: 10/03/2022) |
| 11/04/2022 | 202 | NOTICE OF APPEARANCE by David Bocian on behalf of Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden.. (Bocian, David) (Entered: 11/04/2022) |
| 11/22/2022 | 203 | LETTER MOTION to Seal *Joint Letter (addressed to Judge Vernon S. Broderick from Andrew L. Zivitz and Robert Y. Sperling dated November 22, 2022 regarding Discovery Dispute)* addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated November 22, 2022. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 11/22/2022) |
| 11/22/2022 | 204 | ***SELECTED PARTIES***JOINT LETTER addressed to Judge Vernon S. Broderick from Andrew L. Zivitz and Robert Y. Sperling dated November 22, 2022 re: Discovery Dispute. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Lloyd C. Blankfein, Sjunde AP-Fonden, The Goldman Sachs Group, Inc., Gary D. Cohn.Motion or Order to File Under Seal: 203 .(Zivitz, Andrew) (Entered: 11/22/2022) |
| 11/28/2022 | 205 | LETTER RESPONSE to Motion addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated November 28, 2022 re: 203 LETTER MOTION to Seal *Joint Letter (addressed to Judge Vernon S. Broderick from Andrew L. Zivitz and Robert Y. Sperling dated November 22, 2022 regarding Discovery Dispute)* addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated No re: 204 Joint Letter addressed to Judge Vernon S. Broderick from Andrew L. Zivitz and Robert Y. Sperling dated November 22, |

| | | |
|---|---|---|
| | | *2022 re: Discovery Dispute*. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 11/28/2022) |
| 12/07/2022 | 206 | NOTICE OF APPEARANCE by Robert Joseph O'Loughlin, III on behalf of The Goldman Sachs Group, Inc...(O'Loughlin, Robert) (Entered: 12/07/2022) |
| 12/09/2022 | 207 | LETTER MOTION for Extension of Time *to Complete Discovery* addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated December 9, 2022. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 12/09/2022) |
| 12/12/2022 | 208 | ORDER: granting 207 Letter Motion for Extension of Time. Application Granted. SO ORDERED. (Signed by Judge Vernon S. Broderick on 12/12/2022) (ama) (Entered: 12/12/2022) |
| 12/12/2022 | | Set/Reset Deadlines: Deposition due by 2/28/2023. Fact Discovery due by 12/20/2022. (ama) (Entered: 12/12/2022) |
| 01/13/2023 | 209 | MOTION for Leave to File Third Amended Class Action Complaint . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 01/13/2023) |
| 01/13/2023 | 210 | MEMORANDUM OF LAW in Support re: 209 MOTION for Leave to File Third Amended Class Action Complaint . . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 01/13/2023) |
| 01/13/2023 | 211 | DECLARATION of Andrew L. Zivitz in Support re: 209 MOTION for Leave to File Third Amended Class Action Complaint .. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - Proposed Third Amended Complaint, # 2 Exhibit B - Redline of Second Amended and Proposed Third Amended Complaints, # 3 Exhibit C - Kothari Deposition Excerpts).(Zivitz, Andrew) (Entered: 01/13/2023) |
| 01/13/2023 | 212 | PROPOSED ORDER. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. Related Document Number: 209 .. (Zivitz, Andrew) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/13/2023) |
| 01/13/2023 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 212 Proposed Order was reviewed and approved as to form. (km)** (Entered: 01/13/2023) |
| 01/13/2023 | 213 | MOTION to Modify the Proposed Class Period re: 140 MOTION to Certify Class . . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 01/13/2023) |
| 01/13/2023 | 214 | PROPOSED ORDER. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. Related Document Number: 213 .. (Zivitz, Andrew) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/13/2023) |
| 01/13/2023 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 214 Proposed Order, was reviewed and approved as to form. (tp)** (Entered: 01/13/2023) |
| 01/13/2023 | 215 | NOTICE OF APPEARANCE by Briana Sheridan on behalf of Lloyd C. Blankfein.. (Sheridan, Briana) (Entered: 01/13/2023) |
| 01/18/2023 | 216 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 209 MOTION for Leave to File Third Amended Class Action Complaint . addressed to Judge |

| | | |
|---|---|---|
| | | Vernon S. Broderick from Robert Y. Sperling dated January 18, 2023. Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 01/18/2023) |
| 01/19/2023 | 217 | ORDER granting 216 Letter Motion for Extension of Time to File Response/Reply re 216 CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 209 MOTION for Leave to File Third Amended Class Action Complaint . addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated January 18, 20. APPLICATION GRANTED. The opposition to Plaintiff's motion to amend the complaint shall be filed by February 10, 2023. Any reply shall be filed by February 24, 2023. SO ORDERED. Responses due by 2/10/2023 Replies due by 2/24/2023.. (Signed by Judge Vernon S. Broderick on 1/19/2023) (kv) (Entered: 01/19/2023) |
| 01/23/2023 | 218 | LETTER MOTION for Extension of Time *re Case Management Schedule* addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated January 23, 2023. Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 01/23/2023) |
| 01/25/2023 | 219 | LETTER RESPONSE in Opposition to Motion addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated January 25, 2023 re: 218 LETTER MOTION for Extension of Time *re Case Management Schedule* addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated January 23, 2023. . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden.. (Zivitz, Andrew) (Entered: 01/25/2023) |
| 01/27/2023 | 220 | MEMORANDUM OF LAW in Opposition re: 213 MOTION to Modify the Proposed Class Period re: 140 MOTION to Certify Class . . . Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 01/27/2023) |
| 02/03/2023 | 221 | REPLY MEMORANDUM OF LAW in Support re: 213 MOTION to Modify the Proposed Class Period re: 140 MOTION to Certify Class . . . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 02/03/2023) |
| 02/10/2023 | 222 | MEMORANDUM OF LAW in Opposition re: 209 MOTION for Leave to File Third Amended Class Action Complaint . . Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 02/10/2023) |
| 02/10/2023 | 223 | DECLARATION of Gregory F. Laufer in Opposition re: 209 MOTION for Leave to File Third Amended Class Action Complaint .. Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit A - January 13, 2023 Report of Dr. Joseph R. Mason, # 2 Exhibit B - Excerpted Testimony of Dr. Joseph R. Mason).(Laufer, Gregory) (Entered: 02/10/2023) |
| 02/16/2023 | 224 | ORDER granting 218 Letter Motion for Extension of Time. Accordingly, I shall hold my rulings on the motions on the Certification Motion and Modification Motion in abeyance pending the resolution of the Amendment Motion. Additionally, it is hereby ORDERED that expert discovery shall be stayed pending the resolution of the Amendment Motion. The Clerk of Court is respectfully directed to terminate the motion at Doc. 218. SO ORDERED.. (Signed by Judge Vernon S. Broderick on 2/16/2023) (kv) (Entered: 02/16/2023) |
| 02/24/2023 | 225 | REPLY MEMORANDUM OF LAW in Support re: 209 MOTION for Leave to File Third Amended Class Action Complaint . . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 02/24/2023) |

| 03/15/2023 | 226 | LETTER MOTION to Seal *Letter addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated March 15, 2023 re: November 22, 2022 Joint Letter Regarding Discovery Dispute.* addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated March 15, 2023. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 03/15/2023) |
| --- | --- | --- |
| 03/15/2023 | 227 | ***SELECTED PARTIES*** LETTER addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated March 15, 2023 re: November 22, 2022 Joint Letter Regarding Discovery Dispute. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Lloyd C. Blankfein, Sjunde AP-Fonden, The Goldman Sachs Group, Inc., Gary D. Cohn.Motion or Order to File Under Seal: 226 .(Zivitz, Andrew) (Entered: 03/15/2023) |
| 03/16/2023 | 228 | LETTER addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated March 16, 2023 re: Intent to respond to Plaintiff's letter dated March 15, 2023 (ECF No. 227). Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 03/16/2023) |
| 03/17/2023 | 229 | MEMO ENDORSEMENT on re: 228 Letter filed by The Goldman Sachs Group, Inc.. ENDORSEMENT: APPLICATION GRANTED. Defendant Goldman shall respond to Plaintiff's submission by March 20, 2023. SO ORDERED. (Signed by Judge Vernon S. Broderick on 3/17/2023) (kv) Modified on 4/3/2023 (kv). (Entered: 03/17/2023) |
| 03/20/2023 | 230 | LETTER MOTION to Seal *Goldman's Letter Response to Plaintiff's Supplemental Letter (ECF No. 227)* addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated March 20, 2023. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 03/20/2023) |
| 03/20/2023 | 231 | ***SELECTED PARTIES*** LETTER addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated March 20, 2023 re: Response to Plaintiff's Supplemental Letter [ECF No. 227]. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Lloyd C. Blankfein, Sjunde AP-Fonden, The Goldman Sachs Group, Inc., Gary D. Cohn.Motion or Order to File Under Seal: 230 .(Sperling, Robert) (Entered: 03/20/2023) |
| 05/24/2023 | 232 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge Katharine H. Parker. Motions referred to Katharine H. Parker. (Signed by Judge Vernon S. Broderick on 5/24/2023) (ate) (Entered: 05/24/2023) |
| 05/24/2023 | 233 | INITIAL CASE MANAGEMENT CONFERENCE ORDER: Initial Conference set for 7/20/2023 at 10:15 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker. (Signed by Magistrate Judge Katharine H. Parker on 5/24/2023) (vfr) (Entered: 05/24/2023) |
| 05/25/2023 | 234 | AMENDED SCHEDULING ORDER granting 203 Letter Motion to Seal; granting 226 Letter Motion to Seal; granting 230 Letter Motion to Seal. The Undersigned has been referred for General Pretrial Management. Accordingly, the parties are advised that any correspondence relating to scheduling, discovery, non-dispositive pretrial motions (including all pending motions), and settlement should be addressed to the undersigned. The Case Management Conference previously scheduled on Thursday, July 20, 2023 at 10:15 a.m. is adjourned to Monday, July 24, 2023 at 2:00 p.m. The conference will be held in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York. Because the parties have already engaged in discovery and complied with the requirements under Federal Rules of Civil Procedure 16(b) and 26(f), the parties are not required to do so again, and are not required to complete another Proposed Case Management Plan at this |

| | | |
|---|---|---|
| | | time. The parties should be prepared to discuss their pending motions at the conference. By Tuesday, June 20, 2023, the parties shall meet and confer in an attempt to narrow the discovery dispute identified at ECF Nos. 204 and 227. On June 20, 2023, the parties shall file a joint status letter of no more than 8 pages in length that succinctly summarizes their current position(s) on the dispute, as well as any other discovery disputes that require the Court's attention or intervention. The Court will discuss the dispute(s) with the parties at the July 24 conference. Finally, the parties filed motions to seal at ECF Nos. 203, 226 and 230 that seek to file their letters at ECF Nos. 204, 227 and 231 under seal. The Court finds that sealing the letters in their entirety is not "narrowly tailored" to "preserve higher values," as required by Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 121 (2d Cir. 2006), and its progeny. See Signify Holding B.V. v. TP-Link Rsch. Am. Corp., 2022 WL 3704002, at *1 (S.D.N.Y. Aug. 26, 2022) (explaining that a court should "seal only that information that needs to be sealed in order to preserve higher values"). Moreover, the fact that information is designated confidential pursuant to a protective order is not sufficient grounds to seal or redact. Doe v. U.S. Immigr. & Customs Enft, 2021 WL 3862708, at *3 (S.D.N.Y. Aug. 30, 2021). The sealed documents will be permitted to remain under seal for now, provided that the parties publicly file versions of the letters that redact only that information that reveals sensitive proprietary business or personal information. The broad factual descriptions of the dispute and the legal arguments should not be redacted. The parties shall publicly file redacted versions of the letters at ECF Nos. 204, 227, and 231 by Tuesday, June 20, 2023. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 5/25/2023) (vfr) (Entered: 05/25/2023) |
| 05/25/2023 | | Set/Reset Hearings: Initial Conference set for 7/24/2023 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker. (vfr) (Entered: 05/25/2023) |
| 06/14/2023 | 235 | SCHEDULING ORDER: A Case Management Conference is scheduled on Thursday, June 29, 2023, at 3:00 p.m. in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY. This conference is in addition to (not in place of) the conference already scheduled on July 24, 2023 at 2:00 p.m. SO ORDERED. Case Management Conference set for 6/29/2023 at 03:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker. (Signed by Magistrate Judge Katharine H. Parker on 6/14/2023) (ama) (Entered: 06/14/2023) |
| 06/20/2023 | 236 | JOINT LETTER addressed to Judge Vernon S. Broderick from Andrew L. Zivitz and Robert Y. Sperling dated November 22, 2022 re: Discovery Dispute (Redacted). Document filed by Lloyd C. Blankfein, Gary D. Cohn, Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden, The Goldman Sachs Group, Inc...(Zivitz, Andrew) (Entered: 06/20/2023) |
| 06/20/2023 | 237 | LETTER addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated March 15, 2023 re: November 22, 2022 Joint Letter Regarding Discovery Dispute (Redacted). Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 06/20/2023) |
| 06/20/2023 | 238 | LETTER MOTION to Seal *Joint Letter* addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling and Andrew L. Zivitz dated June 20, 2023. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 06/20/2023) |
| 06/20/2023 | 239 | LETTER addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated March 20, 2023 re: REDACTED version of ECF 231. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 06/20/2023) |
| 06/20/2023 | 240 | ***SELECTED PARTIES***JOINT LETTER addressed to Magistrate Judge Katharine H. Parker from Andrew L. Zivitz and Robert Y. Sperling dated June 20, 2023 re: Discovery Dispute. Document filed by Sjunde AP-Fonden(individually and on behalf of |

| | | |
|---|---|---|
| | | all others similarly situated), Lloyd C. Blankfein, Sjunde AP-Fonden, The Goldman Sachs Group, Inc., Gary D. Cohn. (Attachments: # 1 Exhibit A - Email Correspondence)Motion or Order to File Under Seal: 238 .(Zivitz, Andrew) (Entered: 06/20/2023) |
| 06/20/2023 | 241 | JOINT LETTER addressed to Magistrate Judge Katharine H. Parker from Andrew L. Zivitz and Robert Y. Sperling dated June 20, 2023 re: Discovery Dispute (Redacted). Document filed by Lloyd C. Blankfein, Gary D. Cohn, Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden, The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit A - Email Correspondence).(Zivitz, Andrew) (Entered: 06/20/2023) |
| 06/21/2023 | 242 | SCHEDULING ORDER granting 238 Letter Motion to Seal. The parties previously filed motions to seal at ECF Nos. 203, 226 and 230 seeking to file under seal their letters at ECF Nos. 204, 227 and 231. These letters concern an ongoing discovery dispute. On May 25, 2023, the Court issued an order stating that the sealing requests were not "narrowly tailored" to "preserve higher values," and directed the parties to publicly file the letters with redactions to only that information that revealed sensitive proprietary business or personal information. (ECF No. 234.) The parties have now publicly filed versions of these letters with redactions. (ECF Nos. 237, 238, 239.) The Court finds that these redactions are sufficiently narrowly tailored in accordance with Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006), and its progeny. Accordingly, the letters filed under seal at ECF Nos. 204, 227, and 231 may remain under seal. Additionally, on June 20, 2023, the parties filed a new joint letter regarding the ongoing discovery dispute (ECF No. 240), and moved to file this letter under seal (ECF No. 238). The parties publicly filed a version of this letter with narrow redactions covering information that the parties maintain is sensitive and confidential. (ECF No. 241.) The Court finds that these redactions are sufficiently narrowly tailored in accordance with Lugosch, 435 F.3d 110, and its progeny. Accordingly, the motion to seal at ECF No. 238 is GRANTED. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 6/21/2023) (vfr) (Entered: 06/22/2023) |
| 06/28/2023 | | NOTICE TO COUNSEL: REMINDER of Case Management Conference scheduled for 6/29/2023 at 03:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Judge Katharine H. Parker re: 235 Scheduling Order (ca) (Entered: 06/28/2023) |
| 06/28/2023 | 243 | LETTER addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated June 28, 2023 re: Case Management Conference. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 06/28/2023) |
| 06/28/2023 | 244 | MEMO ENDORSEMENT on re: 243 Letter filed by The Goldman Sachs Group, Inc. ENDORSEMENT: APPLICATION GRANTED: Counsel is directed to email Judge Parker's chambers with the telephone number where they can be connected to the courtroom on 06/29/2023. (Signed by Magistrate Judge Katharine H. Parker on 6/28/2023) (vfr) (Entered: 06/28/2023) |
| 06/29/2023 | 245 | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker - Courtroom 17D: Case Management Conference / Oral Argument / Discovery / Scheduling / Status - held on 6/29/2023 : See Transcript for Details. A transcript of this proceeding is available by utilizing the attached order form. (ca) (Entered: 06/29/2023) |
| 06/29/2023 | 246 | MOTION for Isabel C. Pitaro to Withdraw as Attorney . Document filed by Gary D. Cohn..(Pitaro, Isabel) (Entered: 06/29/2023) |
| 06/30/2023 | 247 | LETTER MOTION to Seal *the Transcript of Oral Argument* addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated June 30, 2023. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 06/30/2023) |

| 06/30/2023 | 248 | SCHEDULING ORDER: As discussed at the June 29, 2023 Case Management Conference, by Thursday, July 13, 2023, Defendant The Goldman Sachs Group, Inc. ("Goldman") shall email Chambers at Parker_NYSDChambers@nysd.uscourts.gov attaching its privilege log entries (as updated following its re-review) for the documents at issue in the discovery dispute currently before the Court. At the upcoming conference scheduled on July 24, 2023, the Court will hear oral argument on the motions to amend the complaint and to modify the class period. The parties should also be prepared to discuss their proposal(s) regarding the schedule moving forward in the event the motion to amend is granted. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 6/30/2023) (vfr) (Entered: 06/30/2023) |
|---|---|---|
| 06/30/2023 | 249 | ORDER TO WITHDRAW AS COUNSEL granting 246 Motion to Withdraw as Attorney. SO ORDERED. Attorney Isabel Christophorou Pitaro terminated. (Signed by Magistrate Judge Katharine H. Parker on 6/30/2023) (vfr) (Entered: 06/30/2023) |
| 06/30/2023 | 250 | ORDER granting 247 Letter Motion to Seal. APPLICATION GRANTED. (Signed by Magistrate Judge Katharine H. Parker on 6/30/2023) (ate) (Entered: 06/30/2023) |
| 07/05/2023 | 251 | TRANSCRIPT of Proceedings re: Conference held on 6/29/2023 before Magistrate Judge Katharine H. Parker. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (nmo) (Entered: 07/05/2023) |
| 07/05/2023 | 252 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 06/29/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (nmo) (Entered: 07/05/2023) |
| 07/06/2023 | 253 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated July 6, 2023 re: Notice of Intent to Request Redaction re: 252 Notice of Filing Official Transcript. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Lloyd C. Blankfein, Sjunde AP-Fonden, The Goldman Sachs Group, Inc., Gary D. Cohn, Daniel Plaut, R. Martin Chavez. (Attachments: # 1 Exhibit A - Proposed Redactions Highlighted, # 2 Exhibit B - Proposed Redactions Applied)Motion or Order to File Under Seal: 250 . (Sperling, Robert) (Entered: 07/06/2023) |
| 07/06/2023 | 254 | LETTER addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated July 6, 2023 re: Notice of Intent to Request Redaction re: 252 Notice of Filing Official Transcript. Document filed by The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit A - Proposed Redactions Highlighted, # 2 Exhibit B - Proposed Redactions Applied).(Sperling, Robert) (Entered: 07/06/2023) |
| 07/10/2023 | 255 | JOINT LETTER MOTION to Adjourn Conference *(Post-Discovery Conference)* addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated July 10, 2023. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 07/10/2023) |
| 07/10/2023 | 256 | MEMO ENDORSEMENT on re: 254 Letter, filed by The Goldman Sachs Group, Inc. ENDORSEMENT APPLICATION GRANTED. (Signed by Magistrate Judge Katharine |

|  |  | H. Parker on 7/8/2023) (jca) Transmission to Sealed Records Clerk for processing. (Entered: 07/10/2023) |
|---|---|---|
| 07/11/2023 | 257 | ORDER granting 255 Letter Motion to Adjourn Conference. The post-discovery conference scheduled for July 28, 20223, is hereby adjourned. Within one week of the resolution of the motions identified in this letter, the parties shall submit a joint letter proposing next steps for the adjudication of this case. APPLICATION GRANTED. SO ORDERED. (Signed by Judge Vernon S. Broderick on 7/11/2023) (tg) Modified on 7/11/2023 (tg). (Entered: 07/11/2023) |
| 07/14/2023 | 258 | MOTION for Eric K. Gerard to Withdraw as Attorney . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden.. (Hasiuk, Nathan) (Entered: 07/14/2023) |
| 07/18/2023 | 259 | MEMO ENDORSED ORDER with respect to 258 Motion to Withdraw as Attorney. ENDORSEMENT: Pursuant to Local Rule 1.4, the Court may only grant counsel of record leave to withdraw from a case "upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien." Here, Eric K. Gerard has not stated whether he is asserting a retaining or charging lien. By Tuesday, July 25, 2023, Mr. Gerard shall file a letter or affidavit stating whether or not he is asserting a retaining or charging lien. That letter and the underlying motion to withdraw must be served on the client in accordance with Local Rule 1.4. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 7/18/2023) (vfr) (Entered: 07/18/2023) |
| 07/19/2023 | 260 | AFFIDAVIT of Eric K. Gerard in Support re: 258 MOTION for Eric K. Gerard to Withdraw as Attorney .. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Gerard, Eric) (Entered: 07/19/2023) |
| 07/20/2023 | 261 | MEMO ENDORSEMENT granting 258 Motion to Withdraw as Attorney. ENDORSEMENT: APPLICATION GRANTED. The Clerk of the Court is respectfully directed to terminate Eric K. Gerard on the docket as counsel of record for Lead Plaintiff. SO ORDERED. Attorney Eric Gerard terminated. (Signed by Magistrate Judge Katharine H. Parker on 7/20/2023) (vfr) (Entered: 07/20/2023) |
| 07/20/2023 |  | NOTICE TO COUNSEL: REMINDER of the Case Management Conference scheduled on Monday, July 24, 2023 at 2:00 p.m. in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York before Judge Katharine H. Parker re: 234 Order (ca) (Entered: 07/20/2023) |
| 07/24/2023 | 262 | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker - Courtroom 17D: Oral Argument held on 7/24/2023 re: 209 MOTION for Leave to File Third Amended Class Action Complaint . / Case Management / Discovery / Scheduling / Status - held on 7/24/2023 : See Transcript for Details. A transcript of this proceeding is available by utilizing the attached order form. (ca) (Entered: 07/24/2023) |
| 07/24/2023 | 263 | OPINION AND ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON DEFENDANT'S PRIVILEGE LOG. Plaintiffs motion to compel production of certain privileged communications between Edward Naylor, Goldmans Asia-Pacific head of corporate communications, and Goldmans in-house lawyer, David Markowitz, is denied. The communications are clearly privileged. Goldman has disclaimed reliance on advice of counsel and the defense of good faith is not applicable here. SEC v. Lek Sec. Corp., 2019 WL 5703944, *2 (S.D.N.Y. Nov. 5, 2019). The Court finds no implied or at-issue waiver of the attorney-client privilege based on the deposition testimony of Naylor about the statements at issue. Sparrow Fund Mgmt. LP v. MiMedx Grp., Inc., 2021 WL 1930294, at *5 (S.D.N.Y. May 13, 2021). Pearlstein v. Blackberry, |

| | | |
|---|---|---|
| | | 2019 WL 1259382 (S.D.N.Y. Mar. 19, 2019) relied on by Plaintiff, is distinguishable from this case because, among other reasons, the fact investigation in that case was undertaken primarily for business purposes. The defendant here was under criminal investigation and facing lawsuits such that any fact investigation undertaken by its counsel at the time was for legal purposes. Further, the documents sought are not proportional to the needs of this case, because Plaintiffs have obtained extensive discovery going to Goldmans state of mind/scienter. (HEREBY ORDERED by Magistrate Judge Katharine H. Parker) (Text Only Order) (Parker, Katharine) (Entered: 07/24/2023) |
| 07/25/2023 | 264 | CONSENT LETTER MOTION to Seal *Redact the name of the Goldman in-house counsel in the Court's Opinion and Order on Plaintiff's Motion to Compel [Dkt. 263]* addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated July 25, 2023. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 07/25/2023) |
| 07/27/2023 | 265 | TRANSCRIPT of Proceedings re: CONFERENCE held on 7/24/2023 before Magistrate Judge Katharine H. Parker. Court Reporter/Transcriber: Marissa Mignano, 212 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/17/2023. Redacted Transcript Deadline set for 8/28/2023. Release of Transcript Restriction set for 10/25/2023. (js) (Entered: 07/27/2023) |
| 07/27/2023 | 266 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 7/24/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 07/27/2023) |
| 07/27/2023 | 267 | ORDER denying 264 Letter Motion to Seal. Application denied. The common law and the First Amendment accord a presumption of public access to judicial documents. Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 124 (2d Cir. 2006). The public's presumptive right of access to judicial documents is "potent and fundamental," Mirlis v. Greer, 952 F.3d 51, 58 (2d Cir. 2020) (citation omitted). In considering a motion to seal, the court undertakes a three-part analysis. First, the court must determine whether the document is a judicial document. Second, the court must determine the weight of the presumption that attaches to the document. The weight given the presumption of access is "governed by the role of the material at issue in the exercise of Article III judicial power and the resultant value of such information to those monitoring the federal courts." Id. at 49. "The strongest presumption attaches where the documents 'determin[e] litigants' substantive rights,' and [the presumption] is weaker where the 'documents play only a negligible role in the performance of Article III duties.'" Olson v. Major League Baseball, 29 F.4th 59, 89-90 (2d Cir. 2022) (citations omitted). Third, once the Court has determined the weight to accord the presumption of public access, it must determine whether competing considerations outweigh the presumption. Lugosch, 435 F.3d at 120. Regardless of the weight that must be accorded to the presumption, the court must make "specific, on the record findings" that sealing is necessary "to preserve higher values," and "is narrowly tailored to serve that interest." Id. Here, the Court previously determined that, as to the parties' prior letters and the Case Management Conference transcripts, the weight of the presumption of public access was relatively low due to the minimal role of the material at issue in the exercise of Article III judicial power, and accordingly the Court permitted the parties to redact certain information, including the name of a Goldman attorney who is not a party in this case. However, the document in question here is a Court order. The Court finds that the weight of the presumption of public access to |

| | | |
|---|---|---|
| | | the full contents of this Order is high, and the public's interest in the full scope of the Court's Order outweighs the private interest of the attorney in keeping his name confidential, particularly in light of the fact that the attorney's employment with Goldman is public knowledge, and because he has not been implicated in any wrongdoing in connection with this action. The parties have not proffered any meaningful harm that would result from the public disclosure of this information. Accordingly, the motion to redact the attorney's name from the Court's order is denied. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 7/27/2023) (vfr) (Entered: 07/27/2023) |
| 07/28/2023 | 268 | TRANSCRIPT of Proceedings re: CONFERENCE held on 7/24/2023 before Magistrate Judge Katharine H. Parker. Court Reporter/Transcriber: Marissa Mignano, 212 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/18/2023. Redacted Transcript Deadline set for 8/28/2023. Release of Transcript Restriction set for 10/26/2023. (js) (Entered: 07/28/2023) |
| 07/28/2023 | 269 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 7/24/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 07/28/2023) |
| 07/31/2023 | 270 | OPINION AND ORDER ON MOTION TO AMEND COMPLAINT re: 209 MOTION for Leave to File Third Amended Class Action Complaint filed by Sjunde AP-Fonden. For the above reasons, Plaintiff's motion for leave to file a Third Amended Complaint is granted. Plaintiff shall file the Amended Complaint by Friday, August 4, 2023. Pursuant to the parties agreed upon schedule, Plaintiff's Expert Reports are due on Friday, September 29, 2023; Defendants' Expert Reports are due on Tuesday, November 28, 2023; and Plaintiff's Reply Expert Reports are due on Friday, January 12, 2024. The close of expert discovery is extended to Monday, February 12, 2024. Additionally, in light of the amendments to the operative complaint, the parties may file supplemental briefing on the class certification motion. Defendants' supplemental class certification brief and expert report are due on Friday, September 29, 2023, and Plaintiff's supplemental class certification brief and expert report are due on Tuesday, November 28, 2023.SO ORDERED. (Amended Pleadings due by 8/4/2023., Brief due by 11/28/2024., Expert Discovery due by 2/12/2024.) (Signed by Magistrate Judge Katharine H. Parker on 7/31/2023) (mml) (Entered: 07/31/2023) |
| 08/01/2023 | 271 | ORDER terminating 213 Motion re: 213 MOTION to Modify the Proposed Class Period re: 140 MOTION to Certify Class . . The Court has granted Plaintiff leave to file a Third Amended Complaint that revises the relevant Proposed Class Period. The revised Proposed Class Period is October 29, 2014 through November 8, 2018. Accordingly, Plaintiffs motion at ECF No. 213 seeking to modify the class period is dismissed as Moot. (HEREBY ORDERED by Magistrate Judge Katharine H. Parker)(Text Only Order) (Parker, Katharine) (Entered: 08/01/2023) |
| 08/04/2023 | 272 | THIRD AMENDED COMPLAINT amending 63 Amended Complaint, against Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc. with JURY DEMAND.Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. Related document: 63 Amended Complaint,. (Attachments: # 1 Exhibit A - AP7 Certification).(Zivitz, Andrew) (Entered: 08/04/2023) |

| 08/17/2023 | 273 | ORDER SCHEDULING ORAL ARGUMENT AND EVIDENTIARY HEARING: An evidentiary hearing and oral argument on the Motion to Certify Class at ECF No. 140 are scheduled on Wednesday, December 13, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. In the event the parties agree that an evidentiary hearing as to class certification is not needed, they shall advise the Court by joint letter no later than December 6, 2023, in which case only an oral argument will be held. SO ORDERED. ( Evidentiary Hearing set for 12/13/2023 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker., Oral Argument set for 12/13/2023 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker.) (Signed by Magistrate Judge Katharine H. Parker on 8/17/2023) (vfr) (Entered: 08/17/2023) |
| 08/17/2023 | 274 | CONSENT LETTER MOTION for Extension of Time to File *Supplemental Briefs and Expert Reports* addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated August 17, 2023. Document filed by The Goldman Sachs Group, Inc.. (Attachments: # 1 Appendix A-Current and Proposed New Deadlines).(Sperling, Robert) (Entered: 08/17/2023) |
| 08/18/2023 | 275 | ANSWER to 272 Amended Complaint,. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 08/18/2023) |
| 08/18/2023 | 276 | ANSWER to 272 Amended Complaint,. Document filed by Lloyd C. Blankfein..(Karp, Brad) (Entered: 08/18/2023) |
| 08/18/2023 | 277 | ANSWER to 272 Amended Complaint,. Document filed by Gary D. Cohn..(Edelman, Scott) (Entered: 08/18/2023) |
| 08/18/2023 | 278 | ORDER. Upon review of the letter submitted at ECF No. 274 and the Court's own review of the class certification briefing thus far, and based on the need for submission of new expert reports, and in light of the motion to amend that was granted, and in light of the recent Second Circuit decision regarding the applicable class certification standard, the Court believes that the pending motion for class certification should be terminated without prejudice and that a new motion for class certification should be submitted. Accordingly, Plaintiff's renewed motion for class certification (with their expert report in support of class certification) shall be submitted September 29, 2023. Defendants' opposition brief (with their expert report) is due October 30, 2023. Plaintiff's reply brief is due December 15, 2023. Oral argument and an evidentiary hearing on class certification will be held on January 10, 2024 at 10:00 a.m. in Courtroom 17D. If the parties do not believe that an evidentiary hearing is necessary, they shall so advise the Court. In light of the above, the evidentiary hearing and oral argument previously scheduled for December 13, 2023 is adjourned to January 10, 2024. The page limits for the briefs shall be 30 pages for the moving brief; 30 pages for the opposition brief; and 15 pages for the reply brief.As for the expert discovery schedule, it is not apparent to the Court why the parties need until March 8, 2024 to complete expert discovery when the Plaintiffs have represented that they already served their initial expert report on the merits and, indeed, that report was the basis for the motion to amend the complaint that was just granted. The Court will hold a telephonic status conference on August 23, 2023 at 2:00 p.m. to discuss the expert discovery deadlines. The parties shall call 866-434-5269 access code 4858267. (HEREBY ORDERED by Magistrate Judge Katharine H. Parker) (Text Only Order) (Parker, Katharine) (Entered: 08/18/2023) |
| 08/18/2023 | 279 | ORDER terminating 274 Motion for Extension of Time to File. See ECF No. 278. (HEREBY ORDERED by Magistrate Judge Katharine H. Parker)(Text Only Order) (Parker, Katharine) (Entered: 08/18/2023) |

| 08/18/2023 | 280 | ORDER terminating 140 Motion to Certify Class without prejudice and subject to renewal and rebriefing per ECF No. 278. (HEREBY ORDERED by Magistrate Judge Katharine H. Parker)(Text Only Order) (Parker, Katharine) (Entered: 08/18/2023) |
| --- | --- | --- |
| 08/18/2023 | 281 | NOTICE OF APPEARANCE by Audra Jan Soloway on behalf of The Goldman Sachs Group, Inc...(Soloway, Audra) (Entered: 08/18/2023) |
| 08/23/2023 | 282 | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: telephonic Discovery Hearing / Case Management / Scheduling / Status - on 8/23/2023 : See Transcript for Details. A transcript of this proceeding is available by utilizing the attached order form. AT&T Conference Line (ca) (Entered: 08/23/2023) |
| 08/24/2023 | 283 | ORDER: As discussed at the August 23, 2023 Case Management Conference:The deadline for Plaintiff to serve its merits expert reports is extended to Monday, October 16, 2023; the deadline for Defendants to serve their expert reports is extended to Monday, December 18, 2023; and the deadline for Plaintiff to serve its reply expert reports is extended to Monday, February 5, 2024. The deadline for expert discovery is extended to Friday, March 8, 2024. These extensions do not impact the class certification briefing schedule previously set by the Court at ECF No. 278, and the expert reports relating to that briefing shall be served by the deadlines established in that text order.Additionally, the page limit for Plaintiff's reply brief in support of its motion for class certification is extended to 20 pages. SO ORDERED., ( Expert Discovery due by 3/8/2024.) (Signed by Magistrate Judge Katharine H. Parker on 8/24/2023) (ama) (Entered: 08/24/2023) |
| 09/06/2023 | 284 | TRANSCRIPT of Proceedings re: CONFERENCE held on 8/23/2023 before Magistrate Judge Katharine H. Parker. Court Reporter/Transcriber: Marissa Mignano, (631) 813-9335. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/27/2023. Redacted Transcript Deadline set for 10/10/2023. Release of Transcript Restriction set for 12/5/2023. (js) (Entered: 09/06/2023) |
| 09/06/2023 | 285 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 8/23/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 09/06/2023) |
| 09/22/2023 | 286 | MOTION for Joseph M. DaSilva to Withdraw as Attorney . Document filed by Gary D. Cohn..(DaSilva, Joseph) (Entered: 09/22/2023) |
| 09/25/2023 | 287 | MEMO ENDORSED ORDER terminating 286 Motion to Withdraw as Attorney. ENDORSEMENT: One of the requirements of Local Rule 1.4 is that the attorney's affidavit/declaration provide "satisfactory reasons for withdrawal." Attorney DaSilva's declaration provides no reason for his request to withdraw, and accordingly this Court is prevented by the Local Rule from granting the motion. Attorney DaSilva shall submit a renewed motion for leave to withdraw that states his reason for seeking to withdraw. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 9/25/2023) (vfr) (Entered: 09/25/2023) |
| 09/27/2023 | 288 | MOTION for Joseph M. DaSilva to Withdraw as Attorney . Document filed by Gary D. Cohn..(Mainland, Grant) (Entered: 09/27/2023) |
| 09/28/2023 | 289 | MEMO ENDORSEMENT granting 288 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Joseph DaSilva terminated. (Signed by |

| | | Magistrate Judge Katharine H. Parker on 9/28/2023) (vfr) (Entered: 09/28/2023) |
|---|---|---|
| 09/29/2023 | [290](#) | LETTER MOTION to Seal *Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Exhibits 4-50, 55-60, and 72 to the Declaration of Andrew L. Zivitz in Support of Plaintiff's Motion for Class Certification* addressed to Magistrate Judge Katharine H. Parker from Andrew L. Zivitz dated September 29, 2023. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 09/29/2023) |
| 09/29/2023 | [291](#) | MOTION to Certify Class . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 09/29/2023) |
| 09/29/2023 | [292](#) | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: [291](#) MOTION to Certify Class . . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden, Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc.. Motion or Order to File Under Seal: [290](#) .(Zivitz, Andrew) (Entered: 09/29/2023) |
| 09/29/2023 | [293](#) | MEMORANDUM OF LAW in Support re: [291](#) MOTION to Certify Class . . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 09/29/2023) |
| 09/29/2023 | [294](#) | ***SELECTED PARTIES***DECLARATION of Andrew L. Zivitz in Support re: [291](#) MOTION to Certify Class .. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden, Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc.. (Attachments: # [1](#) Exhibit 4 - FILED UNDER SEAL - Dep. Exh. 34, # [2](#) Exhibit 5 - FILED UNDER SEAL - Dep Exh 9, # [3](#) Exhibit 6 - FILED UNDER SEAL - Excerpted Deposition Testimony of Dan Dees, # [4](#) Exhibit 7 - FILED UNDER SEAL - Excerpted Deposition Testimony of Mazen Makarem, # [5](#) Exhibit 8 - FILED UNDER SEAL - Dep. Exh. 523, # [6](#) Exhibit 9 - FILED UNDER SEAL - Dep. Ex. 540, # [7](#) Exhibit 10 - FILED UNDER SEAL - Excerpted Deposition Testimony of Tim Leissner, # [8](#) Exhibit 11 - FILED UNDER SEAL - Dep. Ex. 285, # [9](#) Exhibit 12 - FILED UNDER SEAL - Dep. Exh. 183, # [10](#) Exhibit 13 - FILED UNDER SEAL - GS001896740, # [11](#) Exhibit 14 - FILED UNDER SEAL - Dep. Ex. 324, # [12](#) Exhibit 15 - FILED UNDER SEAL - Dep. Ex. 475, # [13](#) Exhibit 16 - FILED UNDER SEAL - Dep. Ex. 181, # [14](#) Exhibit 17- FILED UNDER SEAL - Dep. Ex. 476, # [15](#) Exhibit 18 - FILED UNDER SEAL - Dep. Ex. 45, # [16](#) Exhibit 19 - FILED UNDER SEAL - Dep. Exh. 566, # [17](#) Exhibit 20 - FILED UNDER SEAL - Dep. Exh. 568, # [18](#) Exhibit 21 - FILED UNDER SEAL - Dep. Exh. 479, # [19](#) Exhibit 22 - FILED UNDER SEAL - Dep. Exh. 631, # [20](#) Exhibit 23 - FILED UNDER SEAL - Dep Exh 632, # [21](#) Exhibit 24 - FILED UNDER SEAL - Dep. Exh. 409, # [22](#) Exhibit 25 - FILED UNDER SEAL - Dep. Exh. 356, # [23](#) Exhibit 26 - FILED UNDER SEAL - Dep. Exh. 387, # [24](#) Exhibit 27 - FILED UNDER SEAL - Dep. Exh. 421, # [25](#) Exhibit 28 - FILED UNDER SEAL - Excerpted Deposition Testimony of Stephen O'Flaherty, # [26](#) Exhibit 29 - FILED UNDER SEAL - Excerpted Deposition Testimony of Michael Sherwood, # [27](#) Exhibit 30 - FILED UNDER SEAL - Dep. Exh. 160, # [28](#) Exhibit 31 - FILED UNDER SEAL - Dep. Exh. 455, # [29](#) Exhibit 32 - FILED UNDER SEAL - Dep. Exh. 451, # [30](#) Exhibit 33 - FILED UNDER SEAL - Dep. Exh. 126, # [31](#) Exhibit 34 - FILED UNDER SEAL - Dep. Exh. 137, # [32](#) Exhibit 35 - FILED UNDER SEAL - Dep. Exh. 520, # [33](#) Exhibit 36 - FILED UNDER SEAL - Excerpted Deposition Testimony of Maeve DuVally, # [34](#) Exhibit 37 - FILED UNDER SEAL - Excerpted Deposition Testimony of Edward Naylor, # [35](#) Exhibit 38 - FILED UNDER SEAL - Dep. Exh. 318, # [36](#) Exhibit 39 - FILED UNDER SEAL - Dep. Exh. 316, # [37](#) Exhibit 40 - FILED UNDER SEAL - GS000547131, # [38](#) Exhibit 41 - FILED UNDER SEAL - Dep. Exh. 514, # [39](#) Exhibit 42 - FILED UNDER SEAL - Dep. Exh. 327, # [40](#) Exhibit 43 - FILED UNDER SEAL - |

| | | |
|---|---|---|
| | | GS000679217, # [41] Exhibit 44 - FILED UNDER SEAL - GS000614627, # [42] Exhibit 45 - FILED UNDER SEAL - GS000615356, # [43] Exhibit 46 - FILED UNDER SEAL - Dep. Ex. 328, # [44] Exhibit 47 - FILED UNDER SEAL - GS000673986, # [45] Exhibit 48 - FILED UNDER SEAL - GS000753839, # [46] Exhibit 49 - FILED UNDER SEAL - GS000676958, # [47] Exhibit 50 - FILED UNDER SEAL - GS000623479, # [48] Exhibit 55 - FILED UNDER SEAL - GS000665522, # [49] Exhibit 56 - FILED UNDER SEAL - GS000614222, # [50] Exhibit 57 - FILED UNDER SEAL - GS000617190, # [51] Exhibit 58 - FILED UNDER SEAL - Dep. Exh. 518, # [52] Exhibit 59 - FILED UNDER SEAL - GS001779831, # [53] Exhibit 60 - FILED UNDER SEAL - GS000681141, # [54] Exhibit 72 - FILED UNDER SEAL - GS000132874)Motion or Order to File Under Seal: [290] . (Zivitz, Andrew) (Entered: 09/29/2023) |
| 09/29/2023 | [295] | DECLARATION of Andrew L. Zivitz in Support re: [291] MOTION to Certify Class .. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. (Attachments: # [1] Exhibit 1 Expert Report of Joseph R. Mason, Ph.D., # [2] Exhibit 2 Deferred Prosecution Agreement dated 10-22-2020 (Dep. Ex. 33), # [3] Exhibit 3 01-13-2022 Stipulation, # [4] Exhibit 4 - Dep. Exh. 34 (Sealed), # [5] Exhibit 5 - Dep Exh 9 (Sealed), # [6] Exhibit 6 - Excerpted Deposition Testimony of Dan Dees (Sealed), # [7] Exhibit 7 - Excerpted Deposition Testimony of Mazen Makarem (Sealed), # [8] Exhibit 8 - Dep. Ex. 523 (Sealed), # [9] Exhibit 9 - Dep. Ex. 540(Sealed), # [10] Exhibit 10 - Excerpted Deposition Testimony of Tim Leissner (Sealed), # [11] Exhibit 11 - Dep. Ex. 285 (Sealed), # [12] Exhibit 12 - Dep. Exh. 183 (Sealed), # [13] Exhibit 13 - GS001896740 (Sealed), # [14] Exhibit 14 - Dep. Ex. 324 (Sealed), # [15] Exhibit 15 - Dep. Exh. 475 (Sealed), # [16] Exhibit 16 - Dep. Ex. 181(Sealed), # [17] Exhibit 17- Dep. Ex. 476(Sealed), # [18] Exhibit 18 - Dep. Ex. 45 (Sealed), # [19] Exhibit 19 - Dep. Exh. 566 (Sealed), # [20] Exhibit 20 - Dep. Exh. 568 (Sealed), # [21] Exhibit 21 - Dep. Exh. 479 (Sealed), # [22] Exhibit 22 - Dep. Exh. 631 (Sealed), # [23] Exhibit 23 - Dep Exh 632 (Sealed), # [24] Exhibit 24 - Dep. Exh. 409 (Sealed), # [25] Exhibit 25 - Dep. Exh. 356 (Sealed), # [26] Exhibit 26 - Dep. Exh. 387 (Sealed), # [27] Exhibit 27 - Dep. Exh. 421 (Sealed), # [28] Exhibit 28 - Excerpted Deposition Testimony of Stephen O'Flaherty (Sealed), # [29] Exhibit 29 - Excerpted Deposition Testimony of Michael Sherwood (Sealed), # [30] Exhibit 30 - Dep. Exh. 160 (Sealed), # [31] Exhibit 31 - Dep. Exh. 455 (Sealed), # [32] Exhibit 32 - Dep. Exh. 451 (Sealed), # [33] Exhibit 33 - Dep. Exh. 126 (Sealed), # [34] Exhibit 34 - Dep. Exh. 137 (Sealed), # [35] Exhibit 35 - Dep. Exh. 520 (Sealed), # [36] Exhibit 36 - Excerpted Deposition Testimony of Maeve DuVally (Sealed), # [37] Exhibit 37 - Excerpted Deposition Testimony of Edward Naylor (Sealed), # [38] Exhibit 38 - Dep. Exh. 318 (Sealed), # [39] Exhibit 39 - Dep. Exh. 316 (Sealed), # [40] Exhibit 40 - GS000547131 (Sealed), # [41] Exhibit 41 - Dep. Exh. 514 (Sealed), # [42] Exhibit 42 - Dep. Exh. 327 (Sealed), # [43] Exhibit 43 - GS000679217 (Sealed), # [44] Exhibit 44 - GS000614627 (Sealed), # [45] Exhibit 45 - GS000615356 (Sealed), # [46] Exhibit 46 - Dep. Ex. 328 (Sealed), # [47] Exhibit 47 - GS000673986 (Sealed), # [48] Exhibit 48 - GS000753839 (Sealed), # [49] Exhibit 49 - GS000676958 (Sealed), # [50] Exhibit 50 - GS000623479 (Sealed), # [51] Exhibit 51 Dep. Exh. 613, # [52] Exhibit 52 12-22-2016 WSJ report, # [53] Exhibit 53 06-08-2018 Reuters report, # [54] Exhibit 54 08-07-2018 NY Times Report, # [55] Exhibit 55 - GS000665522 (Sealed), # [56] Exhibit 56 - GS000614222 (Sealed), # [57] Exhibit 57 - GS000617190 (Sealed), # [58] Exhibit 58 - Dep. Exh. 518 (Sealed), # [59] Exhibit 59 - GS001779831 (Sealed), # [60] Exhibit 60 - GS000681141 (Sealed), # [61] Exhibit 61 11-02-2018 Bloomberg report, # [62] Exhibit 62 11-08-2018 Bloomberg report, # [63] Exhibit 63 11-08-2018 Financial Times report, # [64] Exhibit 64 11-08-2018 Financial Times report, # [65] Exhibit 65 11-09-2018 WSJ report, # [66] Exhibit 66 11-12-2019 Barrons report, # [67] Exhibit 67 11-12-2018 Dow Jones report, # [68] Exhibit 68 11-13-2018 Financial Times report, # [69] Exhibit 69 11-15-2018 NY Times report, # [70] Exhibit 70 11-16-2018 Barrons report, # [71] Exhibit 71 11-21-2018 |

| | | |
|---|---|---|
| | | Barrons report, # 72 Exhibit 72 - GS000132874 (Sealed), # 73 Exhibit 73 KTMC Firm Resume, # 74 Exhibit 74 BLBG Firm Resume).(Zivitz, Andrew) (Entered: 09/29/2023) |
| 09/29/2023 | 296 | PROPOSED ORDER. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. Related Document Number: 291 .. (Zivitz, Andrew) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/29/2023) |
| 10/01/2023 | 297 | LETTER addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated October 1, 2023 re: Sealing Class Certification Papers. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 10/01/2023) |
| 10/02/2023 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 296 Proposed Order was reviewed and approved as to form. (km)** (Entered: 10/02/2023) |
| 10/02/2023 | 298 | MEMO ENDORSEMENT on re: 297 Letter filed by The Goldman Sachs Group, Inc. ENDORSEMENT APPLICATION GRANTED. (Signed by Magistrate Judge Katharine H. Parker on 10/2/2023) (jca) (Entered: 10/02/2023) |
| 10/10/2023 | 299 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Lloyd C. Blankfein..(Sinnreich, Daniel) (Entered: 10/10/2023) |
| 10/12/2023 | 300 | NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL PLEASE TAKE NOTICE that, upon the annex declaration of Daniel Sinnreich, and subject to the approval of the Court, Daniel Sinnreich hereby withdraws as counsel for Defendant Lloyd C. Blankfein and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Lloyd Blankfein in this proceeding. SO ORDERED. Attorney Daniel Shiah Sinnreich terminated. (Signed by Magistrate Judge Katharine H. Parker on 10/12/2023) (jca) (Entered: 10/12/2023) |
| 10/13/2023 | 301 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated October 13, 2023 re: 290 LETTER MOTION to Seal *Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Exhibits 4-50, 55-60, and 72 to the Declaration of Andrew L. Zivitz in Support of Plaintiff's Motion for Class Certification* addres . Document filed by The Goldman Sachs Group, Inc.. (Attachments: # 1 Appendix 1 - 2, # 2 Exhibit 5 - FILED UNDER SEAL - Dep Ex. 9, # 3 Exhibit 6 - FILED UNDER SEAL - Excerpted Deposition Testimony, # 4 Exhibit 7 - FILED UNDER SEAL - Excerpted Deposition Testimony, # 5 Exhibit 8 - FILED UNDER SEAL - Dep. Ex. 523, # 6 Exhibit 9 - FILED UNDER SEAL - Dep. Ex. 540, # 7 Exhibit 11 - FILED UNDER SEAL - Dep. Ex. 285, # 8 Exhibit 13 - FILED UNDER SEAL - GS001896740, # 9 Exhibit 15 - FILED UNDER SEAL - Dep. Ex. 475, # 10 Exhibit 16 - FILED UNDER SEAL - Dep. Ex. 181, # 11 Exhibit 17- FILED UNDER SEAL - Dep. Ex. 476, # 12 Exhibit 19 - FILED UNDER SEAL - Dep. Ex. 566, # 13 Exhibit 20 - FILED UNDER SEAL - Dep. Ex. 568, # 14 Exhibit 22 - FILED UNDER SEAL - Dep. Ex. 631, # 15 Exhibit 23 - FILED UNDER SEAL - Dep Ex. 632, # 16 Exhibit 24 - FILED UNDER SEAL - Dep. Ex. 409, # 17 Exhibit 25 - FILED UNDER SEAL - Dep. Ex. 356, # 18 Exhibit 26 - FILED UNDER SEAL - Dep. Ex. 387, # 19 Exhibit 27 - FILED UNDER SEAL - Dep. Ex. 421, # 20 Exhibit 28 - FILED UNDER SEAL - Excerpted Deposition Testimony, # 21 Exhibit 29 - FILED UNDER SEAL - Excerpted Deposition Testimony, # 22 Exhibit 30 - FILED UNDER SEAL - Dep. Ex. 160, # 23 Exhibit 31 - FILED UNDER SEAL - Dep. Ex. 455, # 24 Exhibit 32 - FILED UNDER SEAL - Dep. Ex. 451, # 25 Exhibit 33 - FILED UNDER SEAL - Dep. Ex. 126, # 26 Exhibit 34 - FILED UNDER SEAL - Dep. Ex. 137, # 27 Exhibit 35 - FILED UNDER SEAL - Dep. Ex. 520, # 28 Exhibit 36 - FILED UNDER SEAL - Excerpted Deposition Testimony, # 29 Exhibit 37 - FILED UNDER SEAL - Excerpted Deposition Testimony, # 30 Exhibit 41 - FILED UNDER SEAL - Dep. Ex. 514, # 31 Exhibit 43 - |

| | | |
|---|---|---|
| | | FILED UNDER SEAL - GS000679217, # [32](#) Exhibit 45 - FILED UNDER SEAL - GS000615356, # [33](#) Exhibit 46 - FILED UNDER SEAL - Dep. Ex. 328, # [34](#) Exhibit 47 - FILED UNDER SEAL - GS000673986, # [35](#) Exhibit 48 - FILED UNDER SEAL - GS000753839, # [36](#) Exhibit 49 - FILED UNDER SEAL - GS000676958, # [37](#) Exhibit 50 - FILED UNDER SEAL - GS000623479, # [38](#) Exhibit 56 - FILED UNDER SEAL - GS000614222, # [39](#) Exhibit 57 - FILED UNDER SEAL - GS000617190, # [40](#) Exhibit 58 - FILED UNDER SEAL - Dep. Ex. 518, # [41](#) Exhibit 72 - FILED UNDER SEAL - GS000132874).(Sperling, Robert) (Entered: 10/13/2023) |
| 10/13/2023 | [302](#) | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated October 13, 2023 re: [290](#) LETTER MOTION to Seal *Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Exhibits 4-50, 55-60, and 72 to the Declaration of Andrew L. Zivitz in Support of Plaintiff's Motion for Class Certification* addres . Document filed by The Goldman Sachs Group, Inc., Lloyd C. Blankfein, R. Martin Chavez, Gary D. Cohn, Daniel Plaut, Sjunde AP-Fonden(individually and on behalf of all others similarly situated). (Attachments: # [1](#) Appendix 1 - 2, # [2](#) Exhibit 5A Proposed Redactions, # [3](#) Exhibit 5B Applied Redactions, # [4](#) Exhibit 6A Proposed Redactions, # [5](#) Exhibit 6B Applied Redactions, # [6](#) Exhibit 7A Proposed Redactions, # [7](#) Exhibit 7B Applied Redactions, # [8](#) Exhibit 8A Proposed Redactions, # [9](#) Exhibit 8B Applied Redactions, # [10](#) Exhibit 9A Proposed Redactions, # [11](#) Exhibit 9B Applied Redactions, # [12](#) Exhibit 11A Proposed Redactions, # [13](#) Exhibit 11B Applied Redactions, # [14](#) Exhibit 13A Proposed Redactions, # [15](#) Exhibit 13B Applied Redactions, # [16](#) Exhibit 15A Proposed Redactions, # [17](#) Exhibit 15B Applied Redactions, # [18](#) Exhibit 16A Proposed Redactions, # [19](#) Exhibit 16B Applied Redactions, # [20](#) Exhibit 17A Proposed Redactions, # [21](#) Exhibit 17B Applied Redactions, # [22](#) Exhibit 19A Proposed Redactions, # [23](#) Exhibit 19B Applied Redactions, # [24](#) Exhibit 20A Proposed Redactions, # [25](#) Exhibit 20B Applied Redactions, # [26](#) Exhibit 22A Proposed Redactions, # [27](#) Exhibit 22B Applied Redactions, # [28](#) Exhibit 23A Proposed Redactions, # [29](#) Exhibit 23B Applied Redactions, # [30](#) Exhibit 24A Proposed Redactions, # [31](#) Exhibit 24B Applied Redactions, # [32](#) Exhibit 25A Proposed Redactions, # [33](#) Exhibit 25B Applied Redactions, # [34](#) Exhibit 26A Proposed Redactions, # [35](#) Exhibit 26B Applied Redactions, # [36](#) Exhibit 27A Proposed Redactions, # [37](#) Exhibit 27B Applied Redactions, # [38](#) Exhibit 28A Proposed Redactions, # [39](#) Exhibit 28B Applied Redactions, # [40](#) Exhibit 29A Proposed Redactions, # [41](#) Exhibit 29B Applied Redactions, # [42](#) Exhibit 30A Proposed Redactions, # [43](#) Exhibit 30B Applied Redactions, # [44](#) Exhibit 31A Proposed Redactions, # [45](#) Exhibit 31B Applied Redactions, # [46](#) Exhibit 32A Proposed Redactions, # [47](#) Exhibit 32B Applied Redactions, # [48](#) Exhibit 33A Proposed Redactions, # [49](#) Exhibit 33B Applied Redactions, # [50](#) Exhibit 34A Proposed Redactions, # [51](#) Exhibit 34B Applied Redactions, # [52](#) Exhibit 35A Proposed Redactions, # [53](#) Exhibit 35B Applied Redactions, # [54](#) Exhibit 36A Proposed Redactions, # [55](#) Exhibit 36B Applied Redactions, # [56](#) Exhibit 37A Proposed Redactions, # [57](#) Exhibit 37B Applied Redactions, # [58](#) Exhibit 41A Proposed Redactions, # [59](#) Exhibit 41B Proposed Redactions, # [60](#) Exhibit 43A Proposed Redactions, # [61](#) Exhibit 43B Applied Redactions, # [62](#) Exhibit 45A Proposed Redactions, # [63](#) Exhibit 45B Applied Redactions, # [64](#) Exhibit 46A Proposed Redactions, # [65](#) Exhibit 46B Applied Redactions, # [66](#) Exhibit 47A Proposed Redactions, # [67](#) Exhibit 47B Applied Redactions, # [68](#) Exhibit 48A Proposed Redactions, # [69](#) Exhibit 48B Applied Redactions, # [70](#) Exhibit 49A Proposed Redactions, # [71](#) Exhibit 49B Applied Redactions, # [72](#) Exhibit 50A Proposed Redactions, # [73](#) Exhibit 50B Applied Redactions, # [74](#) Exhibit 56A Proposed Redactions, # [75](#) Exhibit 56B Applied Redactions, # [76](#) Exhibit 57A Proposed Redactions, # [77](#) Exhibit 57B Applied Redactions, # [78](#) Exhibit 58A Proposed |

| | | |
|---|---|---|
| | | Redactions, # [79](#) Exhibit 58B Applied Redactions, # [80](#) Exhibit 72A Proposed Redactions, # [81](#) Exhibit 72B Applied Redactions)Motion or Order to File Under Seal: [290](#) .(Sperling, Robert) (Entered: 10/13/2023) |
| 10/17/2023 | [303](#) | LETTER REPLY to Response to Motion addressed to Magistrate Judge Katharine H. Parker from Andrew L. Zivitz dated October 17, 2023 re: [290](#) LETTER MOTION to Seal *Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Exhibits 4-50, 55-60, and 72 to the Declaration of Andrew L. Zivitz in Support of Plaintiff's Motion for Class Certification* addres *, Reply to Letter Response ECF 301 and 302*. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 10/17/2023) |
| 10/18/2023 | [304](#) | NOTICE OF APPEARANCE by Kristina Anne Bunting on behalf of Lloyd C. Blankfein.. (Bunting, Kristina) (Entered: 10/18/2023) |
| 10/26/2023 | [305](#) | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Lloyd C. Blankfein..(Sheridan, Briana) (Entered: 10/26/2023) |
| 10/27/2023 | [306](#) | NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL: PLEASE TAKE NOTICE that, upon the annexed declaration of Briana Sheridan, and subject to the approval of the Court, Briana Sheridan hereby withdraws as counsel for Defendant Lloyd C. Blankfein and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Lloyd Blankfein in this proceeding. APPLICATION GRANTED. Attorney Briana Sheridan terminated. (Signed by Magistrate Judge Katharine H. Parker on 10/27/2023) (vfr) (Entered: 10/27/2023) |
| 10/30/2023 | [307](#) | MEMORANDUM OF LAW in Opposition re: [291](#) MOTION to Certify Class . . Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc.. (Attachments: # [1](#) Appendix A-Figure 1 of Dr. Kothari's Report).(Sperling, Robert) (Entered: 10/30/2023) |
| 10/30/2023 | [308](#) | DECLARATION of Robert Y. Sperling in Opposition re: [291](#) MOTION to Certify Class .. Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc.. (Attachments: # [1](#) Exhibit A-Expert Report of Dr. S.P. Kothari, Ph.D., # [2](#) Exhibit B-Expert Report of Christianna Wood, # [3](#) Exhibit C-10/19/23 Deposition, # [4](#) Exhibit D-Complaint of U.S. v. Leissner, # [5](#) Exhibit E-Information of U.S. v. Leissner, # [6](#) Exhibit F-11/8/18 Newswire, # [7](#) Exhibit G-10/27/14 Article, # [8](#) Exhibit H-12/16/21 Deposition). (Sperling, Robert) (Entered: 10/30/2023) |
| 11/09/2023 | [309](#) | NOTICE OF APPEARANCE by Daniel John Toal on behalf of The Goldman Sachs Group, Inc...(Toal, Daniel) (Entered: 11/09/2023) |
| 12/04/2023 | [310](#) | ORDER RESCHEDULING ORAL ARGUMENT: The Oral Argument in this matter scheduled on Wednesday, January 10, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Thursday, February 22, 2024 at 10:00 a.m. SO ORDERED. ( Evidentiary Hearing set for 2/22/2024 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker., Oral Argument set for 2/22/2024 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker.) (Signed by Magistrate Judge Katharine H. Parker on 12/4/2023) (vfr) (Entered: 12/04/2023) |
| 12/04/2023 | [311](#) | NOTICE OF APPEARANCE by Bethany Robinson on behalf of Lloyd C. Blankfein.. (Robinson, Bethany) (Entered: 12/04/2023) |
| 12/15/2023 | [312](#) | LETTER MOTION to Seal *Plaintiff's Reply Memorandum of Law in Further Support of Motion for Class Certification and Exhibits 75, 78-83, and 90-91* addressed to Magistrate |

| | | |
|---|---|---|
| | | Judge Katharine H. Parker from Andrew L. Zivitz dated December 15, 2023. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 12/15/2023) |
| 12/15/2023 | 313 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 291 MOTION to Certify Class . . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden, Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc.. Motion or Order to File Under Seal: 312 .(Zivitz, Andrew) (Entered: 12/15/2023) |
| 12/15/2023 | 314 | REPLY MEMORANDUM OF LAW in Support re: 291 MOTION to Certify Class . . Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 12/15/2023) |
| 12/15/2023 | 315 | ***SELECTED PARTIES***DECLARATION of Andrew L. Zivitz in Support re: 291 MOTION to Certify Class .. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden, Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit 75 - FILED UNDER SEAL - Reply Expert Report of Joseph R. Mason, PhD, # 2 Exhibit 78 - FILED UNDER SEAL - GS001595415, # 3 Exhibit 79 - FILED UNDER SEAL - Deposition Transcript Excerpts, # 4 Exhibit 80 - FILED UNDER SEAL - Deposition Transcript Excerpts, # 5 Exhibit 81 - FILED UNDER SEAL - Deposition Transcript Excerpts, # 6 Exhibit 82 - FILED UNDER SEAL - Deposition Transcript Excerpts, # 7 Exhibit 83 - FILED UNDER SEAL - Deposition Transcript Excerpts, # 8 Exhibit 90 - FILED UNDER SEAL - Deposition Transcript of Christianna Wood, # 9 Exhibit 91 - FILED UNDER SEAL - Deposition Transcript of S.P. Kothari)Motion or Order to File Under Seal: 312 .(Zivitz, Andrew) (Entered: 12/15/2023) |
| 12/15/2023 | 316 | DECLARATION of Andrew L. Zivitz in Support re: 291 MOTION to Certify Class .. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. (Attachments: # 1 Exhibit 75 - Reply Expert Report of Joseph R. Mason, Ph.D. (Sealed), # 2 Exhibit 76 - Deposition Transcript of Joseph R. Mason, Ph.D. (10-19-2023), # 3 Exhibit 77 - 12-07-18 Arbat Capital Banking Sector Report, # 4 Exhibit 78 - GS001595415 (Sealed), # 5 Exhibit 79 - Deposition Transcript Excerpts (Sealed), # 6 Exhibit 80 - Deposition Transcript Excerpts (Sealed), # 7 Exhibit 81 - Deposition Transcript Excerpts (Sealed), # 8 Exhibit 82 - Deposition Transcript Excerpts (Sealed), # 9 Exhibit 83 - Deposition Transcript Excerpts (Sealed), # 10 Exhibit 84 - 11-09-18 Agence France Presse report, # 11 Exhibit 85 - 07-21-15 Bloomberg report, # 12 Exhibit 86 - 07-30-18 Bloomberg report, # 13 Exhibit 87 - 10-29-14 Edge Markets report, # 14 Exhibit 88 - Excerpts from Billion Dollar Whale, # 15 Exhibit 89 - Deposition Transcript of S.P. Kothari (02-17-22), # 16 Exhibit 90 - Deposition Transcript of Christianna Wood (Sealed), # 17 Exhibit 91 - Deposition Transcript of S.P. Kothari (Sealed), # 18 Exhibit 92 - Deposition Transcript of Joseph R. Mason, Ph.D. (12-16-21)). (Zivitz, Andrew) (Entered: 12/15/2023) |
| 12/18/2023 | 317 | CONSENT LETTER MOTION for Extension of Time *to file a Letter Motion regarding documents to unseal* addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated December 18, 2023. Document filed by The Goldman Sachs Group, Inc... (Sperling, Robert) (Entered: 12/18/2023) |
| 12/19/2023 | 318 | ORDER granting 317 Letter Motion for Extension of Time. APPLICATION GRANTED. Motions due by 12/22/2023. (Signed by Magistrate Judge Katharine H. Parker on 12/19/2023) (vfr) (Entered: 12/20/2023) |
| 12/22/2023 | 319 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated December 22, 2023 re: 312 LETTER MOTION to Seal *Plaintiff's Reply Memorandum of Law in Further Support of Motion for Class* |

| | | |
|---|---|---|
| | | *Certification and Exhibits 75, 78-83, and 90-91* addressed to Magistrate Judge Katharine H. Parker from Andrew L. Zivitz dated December 15, 2 . Document filed by The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit 78-FILED UNDER SEAL, # 2 Exhibit 79-FILED UNDER SEAL, # 3 Exhibit 80-FILED UNDER SEAL, # 4 Exhibit 81-FILED UNDER SEAL, # 5 Exhibit 82-FILED UNDER SEAL, # 6 Exhibit 83-FILED UNDER SEAL).(Sperling, Robert) (Entered: 12/22/2023) |
| 12/22/2023 | 320 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated December 22, 2023 re: 312 LETTER MOTION to Seal *Plaintiff's Reply Memorandum of Law in Further Support of Motion for Class Certification and Exhibits 75, 78-83, and 90-91* addressed to Magistrate Judge Katharine H. Parker from Andrew L. Zivitz dated December 15, 2 . Document filed by The Goldman Sachs Group, Inc., Lloyd C. Blankfein, R. Martin Chavez, Gary D. Cohn, Daniel Plaut, Sjunde AP-Fonden(individually and on behalf of all others similarly situated). (Attachments: # 1 Exhibit 78A-Proposed Redactions, # 2 Exhibit 78B-Applied Redactions, # 3 Exhibit 79A-Proposed Redactions, # 4 Exhibit 79B-Applied Redactions, # 5 Exhibit 80A-Proposed Redactions, # 6 Exhibit 80B-Applied Redactions, # 7 Exhibit 81A-Proposed Redactions, # 8 Exhibit 81B-Applied Redactions, # 9 Exhibit 82A-Proposed Redactions, # 10 Exhibit 82B-Applied Redactions, # 11 Exhibit 83A-Proposed Redactions, # 12 Exhibit 83B-Applied Redactions)Motion or Order to File Under Seal: 312 .(Sperling, Robert) (Entered: 12/22/2023) |
| 01/16/2024 | 321 | LETTER addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated January 16, 2024 re: Unsealing Expert Deposition Transcripts. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 01/16/2024) |
| 01/25/2024 | 322 | CONSENT MOTION for Extension of Time *to Complete Expert Discovery and for Approval of Proposed Format of Class Certification Evidentiary Hearing*. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 01/25/2024) |
| 01/26/2024 | 323 | ORDER granting 322 Letter Motion for Extension of Time. The Court adopts the parties' agreed upon extension for completion of expert discovery. Additionally, the Court agrees with the parties' proposed format for the hearing/oral argument on the motion for class certification next month. (HEREBY ORDERED by Magistrate Judge Katharine H. Parker)(Text Only Order) (Parker, Katharine) (Entered: 01/26/2024) |
| 02/22/2024 | | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker - Courtroom 17D: Evidentiary Hearing / Oral Argument held on 2/22/2024 re: 291 MOTION to Certify Class . filed by Sjunde AP-Fonden. Witnesses sworn and gave testimony: Plaintiffs expert, Joseph R. Mason, Ph.D. Direct/Cross Examination. Defendants expert, S.P. Kothari, Ph.D. Direct/Cross Examination. :See Transcript for Details (Court Reporters Alena Lynch & George Malinowski) (ca) (Entered: 02/22/2024) |
| 02/23/2024 | 324 | LETTER addressed to Magistrate Judge Katharine H. Parker from Audra J. Soloway dated February 23, 2024 re: Copies of Demonstratives and Exhibits. Document filed by The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit 1 - Mason Dep. Tr., # 2 Exhibit 2 - Mason Dep. Tr., # 3 Exhibit 3 - Mason Report, # 4 Exhibit 4 - Mason Report, # 5 Exhibit 5 - Mason Report, # 6 Exhibit 6 - Mason Report, # 7 Exhibit 7 - Mason Report, # 8 Exhibit 8 - Reference Manual Excerpt, # 9 Exhibit 9 - Leissner Complaint, # 10 Exhibit 10 - Leissner Information, # 11 Exhibit 11 - Billion Dollar Whale Excerpts, # 12 Exhibit 12 - Goldman 10-Q Excerpt, # 13 Exhibit 13.1 News Article, # 14 Exhibit 13.2 - News Article, # 15 Exhibit 14 - News Article, # 16 Exhibit 15 - News Article, # 17 Exhibit 16.1 - News Article, # 18 Exhibit 16.2 - News Article, # 19 Exhibit 17 - News Article, # 20 Exhibit 18 - Analyst Report, # 21 Exhibit 19 - Analyst Report, # 22 Exhibit |

| | | |
|---|---|---|
| | | 20 - News Article, # 23 Exhibit 21 - Kothari Report Excerpt, # 24 Exhibit 22 - Textbook Excerpt, # 25 Exhibit 23 - Kothari Report Excerpt, # 26 Exhibit 24 - Kothari Report, # 27 Exhibit 25 - Kothari Report Corrected Pages, # 28 Exhibit 26 - Journal Article, # 29 Exhibit 27 - Amicus Brief, # 30 Exhibit 28 - Nasdaq Co-Locations, # 31 Exhibit 29 - SEC Enforcement Action, # 32 Exhibit 30 - Journal Article, # 33 Exhibit 31 - Journal Article, # 34 Exhibit - Opening Demonstrative, # 35 Exhibit - Kothari Direct Demonstrative, # 36 Exhibit - Closing Demonstrative).(Soloway, Audra) (Entered: 02/23/2024) |
| 02/23/2024 | 325 | LETTER addressed to Magistrate Judge Katharine H. Parker from Nathan A. Hasiuk dated February 23, 2024 re: Plaintiffs demonstratives and exhibits used at February 22, 2024 hearing. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. (Attachments: # 1 Exhibit Joseph R. Mason, Ph.D. Direct Examination Demonstratives, # 2 Exhibit Index of Documents Provided to S.P. Kothari, Ph.D. during Cross-Examination, # 3 Exhibit 1 - 11/12/2018 Dow Jones Article, # 4 Exhibit 2 - 11/12/2018 Barrons Article, # 5 Exhibit 3 11/16/2018 Barrons Article, # 6 Exhibit 4 11/12/2018 Barclays Report, # 7 Exhibit 5 Hu, et al, Journal of Financial Economics (2017), # 8 Exhibit 6 Chordia, et al, Journal of Financial Economics (2017), # 9 Exhibit 7 von Beschwitz, et al., 2019 publication, # 10 Exhibit 8 Busse, et al., Journal of Financial Economics (2001), # 11 Exhibit 9 12/07/2018 Arbat Capital Report, # 12 Exhibit 10 12/17/2018 Wells Fargo Report, # 13 Exhibit 11 11/09/2018 Wall Street Journal Article, # 14 Exhibit 12 09/27/2018 Bloomberg Intelligence Article, # 15 Exhibit 13 11/09/2018 Bloomberg Intelligence Article, # 16 Exhibit 14 11/09/2018 Wolfe Research Report, # 17 Exhibit 15 06/22/2018 Wall Street Journal Article, # 18 Exhibit 16 06/28/2021 Opinion and Order denying in part Motions to Dismiss, # 19 Exhibit 17 11/12/2018 Financial Times Article, # 20 Exhibit 18 11/12/2018 Bloomberg Article, # 21 Exhibit 19 - 07/09/2018 Wall Street Journal Article, # 22 Exhibit 20 09/06/2016 Wall Street Journal Article, # 23 Exhibit 21 10/15/2015 Wall Street Journal Article, # 24 Exhibit 22 11/08/2018 Bloomberg Article, # 25 Exhibit U.S. v. Leissner, Complaint and Affidavit in Support of an Application for an Arrest Warrant, # 26 Exhibit 24 11/09/2018 WSJ Article, # 27 Exhibit 25 11/09/2018 Agence France Presse Article, # 28 Exhibit 25A Time Zone Comparison for 11/09/2018 Agence France Presse Article (Ex 25), # 29 Exhibit 26 Excerpts from Billion Dollar Whale, # 30 Exhibit 27 Verified Complaint filed in U.S. v. The Wolf of Wall Street, et al., # 31 Exhibit 28 03/28/2017 The Edge Financial Daily Article, # 32 Exhibit 29 11/01/2018 Reuters Article, # 33 Exhibit 30 11/14/2018 Oppenheimer Report, # 34 Exhibit 31 11/19/2018 Moodys Report, # 35 Exhibit 32 06/08/2018 Reuters Article, # 36 Exhibit 33 12/20/2018 Financial Times Article, # 37 Exhibit Oral Argument Demonstratives).(Hasiuk, Nathan) (Entered: 02/23/2024) |
| 03/05/2024 | 326 | TRANSCRIPT of Proceedings re: HEARING held on 2/22/2024 before Magistrate Judge Katharine H. Parker. Court Reporter/Transcriber: George Malinowski, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/26/2024. Redacted Transcript Deadline set for 4/5/2024. Release of Transcript Restriction set for 6/3/2024.. (McGuirk, Kelly) (Entered: 03/05/2024) |
| 03/05/2024 | 327 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 02/22/2024 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 03/05/2024) |

| 04/05/2024 | 328 | NOTICE of Supplemental Authority. Document filed by The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit A - In Re: Kirkland Lake Gold Ltd. Securities Litigation). (Soloway, Audra) (Entered: 04/05/2024) |
|---|---|---|
| 04/05/2024 | 329 | REPORT AND RECOMMENDATION ON MOTION FOR CLASS CERTIFICATION re: 291 MOTION to Certify Class . filed by Sjunde AP-Fonden. For the reasons set forth above, I respectfully recommend that the motion be granted in part and denied in part and that the following class be certified: all persons and entities that purchased or otherwise acquired Goldman's common stock between December 22, 2016, and November 8, 2018, inclusive, and were damaged thereby (the "Class"), with the same exclusions noted in footnote 2, supra. Objections to R&R due by 4/19/2024. (Signed by Magistrate Judge Katharine H. Parker on 4/5/2024) (ate) (Entered: 04/05/2024) |
| 04/09/2024 | 330 | LETTER MOTION for Extension of Time *to File Objections to the R&R* addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated April 9, 2024. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 04/09/2024) |
| 04/10/2024 | 331 | ORDER granting 330 Letter Motion for Extension of Time. APPLICATION GRANTED. SO ORDERED. Objections to R&R due by 5/3/2024. (Signed by Judge Vernon S. Broderick on 4/10/2024) (rro) (Entered: 04/10/2024) |
| 04/11/2024 | 332 | LETTER addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated April 11, 2024 re: case status. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 04/11/2024) |
| 04/30/2024 | 333 | LETTER MOTION for Leave to File Excess Pages *for Objections to the R&R* addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated April 30, 2024. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 04/30/2024) |
| 05/01/2024 | 334 | ORDER granting 333 Letter Motion for Leave to File Excess Pages. APPLICATION GRANTED. SO ORDERED. (Signed by Judge Vernon S. Broderick on 5/1/2024) (rro) (Entered: 05/01/2024) |
| 05/03/2024 | 335 | OBJECTION to 329 Report and Recommendations *Regarding Plaintiff's Motion for Class Certification* Document filed by Lloyd C. Blankfein, Gary D. Cohn, The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit A - 2/22/2024 Hr'g Tr, # 2 Exhibit B - Kothari Report Fig.1).(Sperling, Robert) (Entered: 05/03/2024) |
| 05/24/2024 | 336 | LETTER MOTION for Leave to File Excess Pages *for Response to Defendants' Objections to the R&R* addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated May 24, 2024. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 05/24/2024) |
| 05/29/2024 | 337 | ORDER granting 336 Letter Motion for Leave to File Excess Pages. APPLICATION GRANTED SO ORDERED. (Signed by Judge Vernon S. Broderick on 5/28/2024) (jca) (Entered: 05/29/2024) |
| 05/31/2024 | 338 | RESPONSE re: 335 Objection to Report and Recommendations, *on Motion for Class Certification*. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 05/31/2024) |
| 06/07/2024 | 339 | LETTER MOTION for Leave to File Reply Brief in Further Support of Defendants' Objections to the Report and Recommendation addressed to Judge Vernon S. Broderick from Robert Y. Sperling dated June 7, 2024. Document filed by The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit -[Proposed] Reply Brief in Further Support of Defendants' Objections to the Report and Recommendation, # 2 Exhibit C-Mason Dep. Excerpt).(Sperling, Robert) (Entered: 06/07/2024) |

| 06/11/2024 | 340 | ORDER with respect to 339 Letter Motion for Leave to File DocumentSO ORDERED. I will reserve decision on Defendants' request that I consider their reply brief pending my decision on Defendants' objections to Judge Parker's Report & Recommendation. (Signed by Judge Vernon S. Broderick on 6/10/2024) (jca) (Entered: 06/11/2024) |
|---|---|---|
| 06/14/2024 | 341 | LETTER MOTION for Leave to File Surreply in Response to Defendants Reply in Further Support of Their Objections to the Report and Recommendation Regarding Plaintiffs Motion for Class Certification addressed to Judge Vernon S. Broderick from Andrew L. Zivitz dated June 14, 2024. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden. (Attachments: # 1 Exhibit - [Proposed] Surreply in Response to Defendants Reply in Further Support of Their Objections to the Report and Recommendation Regarding Plaintiffs Motion for Class Certification).(Zivitz, Andrew) (Entered: 06/14/2024) |
| 06/18/2024 | 342 | ORDER terminating 341 Letter Motion for Leave to File Document. I will reserve decision on Plaintiff's request that I consider its sur-reply brief pending my decision on Defendants' objections to Judge Parker's Report & Recommendation. No further briefing will be accepted by the Court. (Signed by Judge Vernon S. Broderick on 6/18/2024) (rro) (Entered: 06/18/2024) |
| 07/01/2024 | 343 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Lloyd C. Blankfein..(Robinson, Bethany) (Entered: 07/01/2024) |
| 07/25/2024 | 344 | ORDER granting in part and denying in part 290 Letter Motion to Seal; granting in part and denying in part 312 Letter Motion to Seal. The parties' motions to seal at ECF Nos. 290 and 312 are GRANTED in part and DENIED in part. The Clerk of the Court is respectfully directed to terminate the motions to seal at ECF Nos. 290 and 312. The following documents are to be unsealed in their entirety, consistent with Defendants representation that they have no objection: ECF Nos. 294-07; 294-09; 294-11; 294-11; 294-15; 294-18; 294-35; 294-36; 294-37; 294-39; 294-41;294-48; 294-52; 294-53; 315-8; and 315-9. By Thursday, August 15, 2024, Defendants shall re-file their motions to seal with revised proposed redactions consistent with this opinion and with more detailed explanations as to why particular names should remain under seal. If Defendants do not refile their motion by August 15, 2024, the Court will direct that the following documents be unsealed in their entirety: ECF Nos. 294-08;294-32; 294-38; 294-40; 294-42; 294-43; 294-44; 294-45; 294-46; 294-47; 294-49; 294-50; 294-51; 294-54; 315-2; 315-3; 315-4; 315-5; 315-6; 315-7. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 7/25/24) (yv) (Entered: 07/26/2024) |
| 08/12/2024 | 345 | LETTER addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated August 12, 2024 re: July 25, 2024 Order. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 08/12/2024) |
| 08/14/2024 | 346 | MEMO ENDORSEMENT on re: 345 Letter filed by The Goldman Sachs Group, Inc. ENDORSEMENT: Request GRANTED. The Clerk of the Court is respectfully directed to maintain all the documents referenced in ECF No. 344 under seal at this time. Defendants are directed to revise their proposed redactions for the materials contained in Appendix 2. Although many of the redactions, particularly for PII are permissible, others including the names of deponents are inconsistent with this Court's prior order. See ECF No. 344. Defendant's updated sealing submissions for the remaining documents are due by Wednesday, September 4, 2024. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 8/14/2024) (tg) (Entered: 08/14/2024) |
| 08/29/2024 | 347 | LETTER MOTION to Seal / *Maintain Limited Portions of the Documents Under Seal* addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated August 29, 2024. Document filed by The Goldman Sachs Group, Inc.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Appendix A-ECF Nos. of Proposed and Applied Redactions).(Sperling, Robert) (Entered: 08/29/2024) |
| 09/04/2024 | 348 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated September 4, 2024 re: 290 LETTER MOTION to Seal *Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Exhibits 4-50, 55-60, and 72 to the Declaration of Andrew L. Zivitz in Support of Plaintiff's Motion for Class Certification* addres, 312 LETTER MOTION to Seal *Plaintiff's Reply Memorandum of Law in Further Support of Motion for Class Certification and Exhibits 75, 78-83, and 90-91* addressed to Magistrate Judge Katharine H. Parker from Andrew L. Zivitz dated December 15, 2 . Document filed by The Goldman Sachs Group, Inc.. (Attachments: # 1 Appendix - All Sealing and Redaction Requests, # 2 Exhibit 5 FILED UNDER SEAL Dep Ex. 9, # 3 Exhibit 8 FILED UNDER SEAL Dep. Ex. 523, # 4 Exhibit 9 FILED UNDER SEAL Dep. Ex. 540, # 5 Exhibit 17 FILED UNDER SEAL Dep. Ex. 476, # 6 Exhibit 31 FILED UNDER SEAL Dep. Ex. 455, # 7 Exhibit 32 FILED UNDER SEAL Dep. Ex. 451, # 8 Exhibit 33 FILED UNDER SEAL Dep. Ex. 126, # 9 Exhibit 34 FILED UNDER SEAL Dep. Ex. 137).(Sperling, Robert) (Entered: 09/04/2024) |
| 09/04/2024 | 349 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated September 4, 2024 re: 290 LETTER MOTION to Seal *Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Exhibits 4-50, 55-60, and 72 to the Declaration of Andrew L. Zivitz in Support of Plaintiff's Motion for Class Certification* addres, 312 LETTER MOTION to Seal *Plaintiff's Reply Memorandum of Law in Further Support of Motion for Class Certification and Exhibits 75, 78-83, and 90-91* addressed to Magistrate Judge Katharine H. Parker from Andrew L. Zivitz dated December 15, 2 . Document filed by The Goldman Sachs Group, Inc., Lloyd C. Blankfein, R. Martin Chavez, Gary D. Cohn, Daniel Plaut, Sjunde AP-Fonden(individually and on behalf of all others similarly situated). (Attachments: # 1 Appendix - All Sealing and Redaction Requests, # 2 Exhibit 5A Proposed Redactions (SEALED), # 3 Exhibit 5B Applied Redactions (SEALED), # 4 Exhibit 8A Proposed Redactions (SEALED), # 5 Exhibit 8B Applied Redactions (SEALED), # 6 Exhibit 9A Proposed Redactions (SEALED), # 7 Exhibit 9B Applied Redactions (SEALED), # 8 Exhibit 17A Proposed Redactions (SEALED), # 9 Exhibit 17B Applied Redactions (SEALED), # 10 Exhibit 31A Proposed Redactions (SEALED), # 11 Exhibit 31B Applied Redactions (SEALED), # 12 Exhibit 32A Proposed Redactions (SEALED), # 13 Exhibit 32B Applied Redactions (SEALED), # 14 Exhibit 33A Proposed Redactions (SEALED), # 15 Exhibit 33B Applied Redactions (SEALED), # 16 Exhibit 34A Proposed Redactions (SEALED), # 17 Exhibit 34B Applied Redactions (SEALED))Motion or Order to File Under Seal: 344 .(Sperling, Robert) (Entered: 09/04/2024) |
| 09/04/2024 | 350 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated September 4, 2024 re: 290 LETTER MOTION to Seal *Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Exhibits 4-50, 55-60, and 72 to the Declaration of Andrew L. Zivitz in Support of Plaintiff's Motion for Class Certification* addres, 312 LETTER MOTION to Seal *Plaintiff's Reply Memorandum of Law in Further Support of Motion for Class Certification and Exhibits 75, 78-83, and 90-91* addressed to Magistrate Judge Katharine H. Parker from Andrew L. Zivitz dated December 15, 2 . Document filed by The Goldman Sachs Group, Inc.. (Attachments: # 1 Exhibit 8 FILED UNDER SEAL Dep. Ex. 523, # 2 Exhibit 9 FILED UNDER SEAL Dep. Ex. 540, # 3 Exhibit 10 FILED UNDER SEAL Excerpted Deposition Testimony, # 4 Exhibit 25 FILED UNDER SEAL Dep. Ex. 356, # 5 Exhibit 26 FILED UNDER SEAL Dep. Ex. 387, # 6 Exhibit 27 FILED UNDER SEAL Dep. Ex. 421, # 7 Exhibit 28 FILED UNDER SEAL Excerpted Deposition |

| | | |
|---|---|---|
| | | Testimony, # [8] Exhibit 29 FILED UNDER SEAL Excerpted Deposition Testimony, # [9] Exhibit 34 FILED UNDER SEAL Dep. Ex. 137).(Sperling, Robert) (Entered: 09/04/2024) |
| 09/04/2024 | [351] | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Katharine H. Parker from Robert Y. Sperling dated September 4, 2024 re: [290] LETTER MOTION to Seal *Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Exhibits 4-50, 55-60, and 72 to the Declaration of Andrew L. Zivitz in Support of Plaintiff's Motion for Class Certification* addres, [312] LETTER MOTION to Seal *Plaintiff's Reply Memorandum of Law in Further Support of Motion for Class Certification and Exhibits 75, 78-83, and 90-91* addressed to Magistrate Judge Katharine H. Parker from Andrew L. Zivitz dated December 15, 2 . Document filed by The Goldman Sachs Group, Inc., Lloyd C. Blankfein, R. Martin Chavez, Gary D. Cohn, Daniel Plaut, Sjunde AP-Fonden(individually and on behalf of all others similarly situated). (Attachments: # [1] Exhibit 8A Proposed Redactions (SEALED), # [2] Exhibit 8B Applied Redactions (SEALED), # [3] Exhibit 9A Proposed Redactions (SEALED), # [4] Exhibit 9B Applied Redactions (SEALED), # [5] Exhibit 10A Proposed Redactions (SEALED), # [6] Exhibit 10B Applied Redactions (SEALED), # [7] Exhibit 25A Proposed Redactions (SEALED), # [8] Exhibit 25B Applied Redactions (SEALED), # [9] Exhibit 26A Proposed Redactions (SEALED), # [10] Exhibit 26B Applied Redactions (SEALED), # [11] Exhibit 27A Proposed Redactions (SEALED), # [12] Exhibit 27B Applied Redactions (SEALED), # [13] Exhibit 28A Proposed Redactions (SEALED), # [14] Exhibit 28B Applied Redactions (SEALED), # [15] Exhibit 29A Proposed Redactions (SEALED), # [16] Exhibit 29B Applied Redactions (SEALED), # [17] Exhibit 34A Proposed Redactions (SEALED), # [18] Exhibit 34B Applied Redactions (SEALED))Motion or Order to File Under Seal: [344] .(Sperling, Robert) (Entered: 09/04/2024) |
| 09/04/2024 | [352] | PROPOSED STIPULATION AND ORDER. Document filed by The Goldman Sachs Group, Inc...(Sperling, Robert) (Entered: 09/04/2024) |
| 11/14/2024 | 353 | ORDER granting [347] Letter Motion to Seal. Please see so ordered stipluation. (HEREBY ORDERED by Magistrate Judge Katharine H. Parker)(Text Only Order) (Parker, Katharine) (Entered: 11/14/2024) |
| 11/15/2024 | [354] | STIPULATION AND ORDER GRANTING DEFENDANT'S MOTION TO REDACT OR SEAL: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows: The following documents will be unsealed with limited redactions, consistent with the parties' representation that they have no objection to those redactions: 351-02, 351-04, 351-06, 351-08, 351-10, 351-12, 351-14, 351-16, and 351-18. The following documents will remain under seal consistent with the parties' representation that they have no objection: 294-16, and 294-17. The following document will remain under seal consistent with the parties' agreement that it should not be unsealed: 294-01. The Clerk of the Court is respectfully directed to unseal the documents located at ECF Nos. 351-02, 351-04, 351-06, 351-08, 351-10, 351-12, 351-14, 351-16, and 351-18. IT IS SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 11/14/2024) (mml) (Entered: 11/15/2024) |
| 09/04/2025 | [355] | OPINION & ORDER: For the foregoing reasons, Defendant's objections to the Report are OVERRULED and I hereby ADOPT the Report in its entirety. Plaintiffs' motion at Doc. 291 is GRANTED in part and DENIED in part. I hereby certify the following class: all persons and entities that purchased or otherwise acquired Goldman's common stock between December 22, 2016, and November 8, 2018, inclusive, and were damaged thereby, with the same exclusions noted in Section II, footnote 4, supra. Defendant's motion for leave to file a reply brief, (Doc. 339), and Plaintiffs' motion for leave to file a sur-reply, (Doc. 341), are hereby DENIED as moot. The Clerk of Court is respectfully directed to terminate the motions pending at Docs. 291 and 339. SO ORDERED. |

| | | |
|---|---|---|
| | | Objections to R&R due by 9/18/2025 (Signed by Judge Vernon S. Broderick on 9/4/2025) (ks) (Entered: 09/04/2025) |
| 09/11/2025 | [356](#) | JOINT LETTER addressed to Judge Vernon S. Broderick from Andrew L. Zivitz, Staci Yablon, Andrew J. Ehrlich, and Grant R. Mainland dated September 11, 2025 re: Case Status. Document filed by Sjunde AP-Fonden(individually and on behalf of all others similarly situated), Sjunde AP-Fonden..(Zivitz, Andrew) (Entered: 09/11/2025) |
| 09/15/2025 | 357 | ORDER. The Court is in receipt of the parties' letter dated September 11, 2025 regarding scheduling. Insofar as this case has been referred to the undersigned for general pre-trial matters, I address the issues herein. For the reasons stated by Defendants, the Court finds that a summary judgment briefing schedule should be set after the Court of Appeals rules on Defendants' anticipated Rule 23(f) petition. Within seven days of the Court of Appeals' ruling on the 23(f) petition, the parties shall submit a proposed summary judgment briefing schedule to this Court, noting any disagreements about same, and a proposed schedule for a motion to stay (if appropriate). In the meantime, the Court directs the parties to meet and confer on a form of class notice and give notice to the class so that the exclusion period coincides approximately with the expected time for a ruling on the anticipated Rule 23(f) petition. Finally, to the extent the parties are ready to schedule a settlement conference, they should write to the Court requesting the scheduling of same. (HEREBY ORDERED by Magistrate Judge Katharine H. Parker) (Text Only Order) (Parker, Katharine) (Entered: 09/15/2025) |