# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: The Goldman Sachs Group, Inc. v. AP-Fonden   Docket No.: 25-2280

Lead Counsel of Record (name/firm) or Pro se Party (name): Andrew J Ehrlich / Paul, Weiss, Rifkind, Wharton & Garrison LLP

Appearance for (party/designation): Lloyd C. Blankfein / Petitioner

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect.  Please change the following parties' designations:
   Party          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Andrew J Ehrlich
Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP
Address: 1285 Avenue of the Americas New York, NY 10019
Telephone: +1 212 373 3166   Fax: +1 212 492 0166
Email: aehrlich@paulweiss.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on (11/10/2020) OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/Andrew J Ehrlich
Type or Print Name: Andrew J Ehrlich
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.