## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: The Goldman Sachs Group, Inc. v. AP-Fonden     Docket No.: 25-2280

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Brad S Karp

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 1285 Avenue of the Americas New York, NY 10019

Telephone: +1 212 373 3316     Fax: +1 212 492 0316

E-mail: bkarp@paulweiss.com

Appearance for: Lloyd C. Blankfein / Petitioner
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Andrew Ehrlich / Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on (07/08/2024)     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/Brad S Karp

Type or Print Name: Brad S Karp