## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** The Goldman Sachs Group, Inc. v. AP-Fonden  **Docket No.:** 25-2280

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Daniel S. Sinnreich

**Firm:** Paul, Weiss, Rifkind, Wharton & Garrison LLP

**Address:** 1285 Avenue of the Americas New York, NY 10019

**Telephone:** +1 212 373 2540  **Fax:** +1 347 402-9550

**E-mail:** dsinnreich@paulweiss.com

**Appearance for:** Lloyd C. Blankfein / Petitioner
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Andrew Ehrlich / Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 09/23/2025    OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/Daniel S. Sinnreich

**Type or Print Name:** Daniel S. Sinnreich